# EXHIBIT A

# Holland & Knight

800 17th Street, NW, Suite 1100 | Washington, DC 20006 | T 202.955.3000 | F 202.955.5564

August 17, 2022

**<u>VIA FAX</u>**

U. S. Department of State
Office of Information Programs and Services
2201 C Street N.W., Suite B266
Washington, D.C. 20520-0000
FAX: (202) 485-1669

Re:    <u>Freedom of Information Act – Request for *EXPEDITIOUS HANDLING*</u>

**Request of F-1 Nonimmigrant Visa Refusal Statistics by Post and Nationality for Fiscal Year 2021, and Fiscal Year 2022 (year-to-date)**

Dear Sir or Madam:

On behalf of my client, Shorelight Education, a leading education company focused on providing educational experiences for international students and partnering with U.S. universities as a clearinghouse for information, we are respectfully filing a Freedom of Information Act request seeking public information that is possessed by the State Department, but is not specifically provided to the public in the State Department's non-immigrant visa statistics.

Specifically, we seek the following information/data:

1.  Each year, the State Department publicly releases a document that is titled as: "ADJUSTED REFUSAL RATE - B-VISAS ONLY BY NATIONALITY"
    *See* https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/RefusalRates/FY20.pdf

    We seek the exact same statistics, in the exact same format, but for **<u>F-1 student visas</u>**. In other words, the numbers that would be provided would be for F-1 Student Visas instead of for B-visitor visas.  We seek these statistics for Fiscal Year 2021, and Fiscal Year 2022 (year-to-date)

2.  Alternatively, if the data in Request Number 1 cannot be provided—and a lawful explanation is provided as to why this data cannot be provided—we respectfully ask that the State Department then refer to the annual document it publicly releases titled: "**Worldwide NIV Workload by Visa Category FY 2021.**"
    *See* https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/NIVWorkload/FY2020NIVWorkloadbyVisaCategory.pdf

    We would respectfully ask that the State Department then simply disaggregate the "refused" data contained within this document so that it can provide, and make publicly available, **<u>by post and nationality</u>**, the total number of F-1 student visas that were counted as "refused."

# Holland & Knight

800 17th Street, NW, Suite 1100 | Washington, DC 20006 | T 202.955.3000 | F 202.955.5564

As you can see in the linked document below, the State Department already disaggregates the number of F-1 student visas "issued" by post and nationality, but does not similarly disaggregate the number of "refused" F-1 student visas by post and nationality.
https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/MonthlyNIVIssuances/JUNE%202022%20-%20NIV%20Issuances%20by%20Nationality%20and%20Visa%20Class.pdf

https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/MonthlyNIVIssuances/JUNE%202022%20-%20NIV%20Issuances%20by%20Post%20and%20Visa%20Class.pdf

We seek these "refusal" statistics for **F-1 student visas** for Fiscal Year 2021, and Fiscal Year 2022 (year-to-date). Again, we simply seek data that disaggregates the numbers already contained and publicly reported in the "refused" column so that those numbers can be understood by post and nationality.

If an example is needed, please see the State Department's response to the exact same FOIA request made last year. All that is needed are these same numbers for Fiscal Year 2021, and Fiscal Year 2022 (year-to-date)

## II. Compelling Need Justifying Expeditious Handling

Substantial economic concerns of colleges and universities in the United States are implicated by the failure to process this FOIA request immediately. Universities across the United States require this information quickly so that they may better understand the changing landscape of the international student visa adjudication process and to make extremely important decisions about which international students to invest-in and recruit from around the world. This data is critical to preventing schools from wasting hundreds of millions of dollars in time and resources to recruit students from areas where they are statistically less likely to obtain visas.

## III. Payment of Fees

Undersigned counsel consents to, and is prepared to pay, all fees that are necessary to obtain any and all documents responsive to the requests above.

Please feel free to contact the undersigned at (202)469-5129 or by email at leon.fresco@hklaw.com should there be any questions.

# Holland & Knight

800 17th Street, NW, Suite 1100 | Washington, DC 20006 | T 202.955.3000 | F 202.955.5564

Sincerely,

HOLLAND & KNIGHT LLP

Leon Fresco



**United States Department of State**

*Washington, D.C.   20520*

July 26, 2021

Case No.  F-2021-02037
FL-2021-00491

Mr. Leon Fresco
Holland & Knight LLP
800 17th NW Suite 1100
Washington, DC 20006

Dear Mr. Fresco:

This letter is in response to your requests dated December 17, 2019 and April 8, 2021, under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  The Department of State has located three responsive records subject to the FOIA.  Upon review, we have determined that all three records may be released in full.  This concludes the processing of your request.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. 552(c).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.  To the extent another agency asserts that it can neither confirm nor deny the existence of certain records, the Department of State will similarly take the position that it neither confirms nor denies the existence of those records.

If you have any questions, your attorney may contact Assistant United States Attorney Stephanie R. Johnson at 202-252-7874 or Stephanie.Johnson5@usdoj.gov.  Please refer to the case number, F-2021-02037/FL-2021-00491, and the civil action number, 21-cv-01490, in all correspondence about this case.

Sincerely,

Jeanne Miller
Chief, Programs and Policies Division
Office of Information Programs and Services

Enclosures:  As stated.

## The Freedom of Information Act (5 USC 552)

### FOIA Exemptions

(b)(1)    Information specifically authorized by an executive order to be kept secret in the interest of national defense or foreign policy.  Executive Order 13526 includes the following classification categories:

      1.4(a)  Military plans, systems, or operations
      1.4(b)  Foreign government information
      1.4(c)  Intelligence activities, sources or methods, or cryptology
      1.4(d)  Foreign relations or foreign activities of the US, including confidential sources
      1.4(e)  Scientific, technological, or economic matters relating to national security, including defense against transnational terrorism
      1.4(f)  U.S. Government  programs for safeguarding nuclear materials or facilities
      1.4(g)  Vulnerabilities or capabilities of systems, installations, infrastructures, projects, plans, or protection services relating to US national security, including defense against transnational terrorism
      1.4(h)  Weapons of mass destruction

(b)(2)    Related solely to the internal personnel rules and practices of an agency

(b)(3)    Specifically exempted from disclosure by statute (other than 5 USC 552), for example:

| | |
|---|---|
| ARMSEXP | Arms Export Control Act, 50a USC 2411(c) |
| CIA PERS/ORG | Central Intelligence Agency Act of 1949, 50 USC 403(g) |
| EXPORT CONTROL | Export Administration Act of 1979, 50 USC App. Sec. 2411(c) |
| FS ACT | Foreign Service Act of 1980, 22 USC 4004 |
| INA | Immigration and Nationality Act, 8 USC 1202(f), Sec. 222(f) |
| IRAN | Iran Claims Settlement Act, Public Law 99-99, Sec. 505 |

(b)(4)    Trade secrets and confidential commercial or financial information

(b)(5)    Interagency or intra-agency communications forming part of the deliberative process, attorney-client privilege, or attorney work product

(b)(6)    Personal privacy information

(b)(7)    Law enforcement information whose disclosure would:
    (A)  interfere with enforcement proceedings
    (B)  deprive a person of a fair trial
    (C)  constitute an unwarranted invasion of personal privacy
    (D)  disclose confidential sources
    (E)  disclose investigation techniques
    (F)  endanger life or physical safety of an individual

(b)(8)    Prepared by or for a government agency regulating or supervising financial institutions

(b)(9)    Geological and geophysical information and data, including maps, concerning wells

### Other Grounds for Withholding

NR    Material not responsive to a FOIA request excised with the agreement of the requester

**F1 Adjusted Refusal Rates by Nationality: FYTD 2021**    *(through June 30, 2021)*

| Nationality | Adjusted Refusal Rate |
|---|---|
| Afghanistan | 60% |
| Albania | 22% |
| Algeria | 31% |
| Andorra | 0% |
| Angola | 48% |
| Antigua and Barbuda | 41% |
| Argentina | 4% |
| Armenia | 42% |
| Australia | 3% |
| Austria | 2% |
| Azerbaijan | 27% |
| Bahamas, The | 5% |
| Bahrain | 17% |
| Bangladesh | 16% |
| Barbados | 6% |
| Belarus | 27% |
| Belgium | 1% |
| Belize | 10% |
| Benin | 45% |
| Bermuda | 0% |
| Bhutan | 5% |
| Bolivia | 13% |
| Bosnia-Herzegovina | 0% |
| Botswana | 19% |
| Brazil | 20% |
| British Virgin Islands | 0% |
| Brunei | 17% |
| Bulgaria | 12% |
| Burkina Faso | 25% |
| Burma | 9% |
| Burundi | 40% |
| Cabo Verde | 38% |
| Cambodia | 33% |
| Cameroon | 70% |
| Canada | 8% |
| Cayman Islands | 15% |
| Central African Republic | 50% |
| Chad | 85% |
| Chile | 13% |
| China - mainland | 16% |
| China - Taiwan | 9% |
| Colombia | 13% |

| | |
|---|---|
| Congo, Democratic Republic of the | 51% |
| Congo, Republic of the | 64% |
| Costa Rica | 7% |
| Cote d'Ivoire | 39% |
| Croatia | 8% |
| Cuba | 77% |
| Cyprus | 8% |
| Czech Republic | 4% |
| Denmark | 2% |
| Djibouti | 81% |
| Dominica | 21% |
| Dominican Republic | 20% |
| Ecuador | 27% |
| Egypt | 32% |
| El Salvador | 19% |
| Equatorial Guinea | 78% |
| Eritrea | 73% |
| Estonia | 12% |
| Eswatini | 0% |
| Ethiopia | 37% |
| Fiji | 38% |
| Finland | 5% |
| France | 5% |
| Gabon | 25% |
| Georgia | 19% |
| Germany | 2% |
| Ghana | 40% |
| Gibraltar | 0% |
| Greece | 6% |
| Grenada | 30% |
| Guatemala | 16% |
| Guinea | 55% |
| Guinea-Bissau | 60% |
| Guyana | 17% |
| Haiti | 83% |
| Honduras | 10% |
| Hong Kong S.A.R. | 4% |
| Hong Kong-BNO | 21% |
| Hungary | 22% |
| Iceland | 0% |
| India | 28% |
| Indonesia | 3% |
| Iran | 60% |
| Iraq | 29% |
| Ireland | 9% |
| Israel | 4% |
| Italy | 4% |

| | |
|---|---|
| Jamaica | 24% |
| Japan | 1% |
| Jordan | 35% |
| Kazakhstan | 70% |
| Kenya | 63% |
| Kiribati | 100% |
| Kosovo | 13% |
| Kuwait | 5% |
| Kyrgyzstan | 50% |
| Laos | 67% |
| Latvia | 15% |
| Lebanon | 31% |
| Lesotho | 9% |
| Liberia | 81% |
| Libya | 58% |
| Liechtenstein | 0% |
| Lithuania | 6% |
| Luxembourg | 0% |
| Macau S.A.R. | 5% |
| Madagascar | 25% |
| Malawi | 27% |
| Malaysia | 3% |
| Maldives | 0% |
| Mali | 52% |
| Malta | 0% |
| Mauritania | 82% |
| Mauritius | 3% |
| Mexico | 4% |
| Moldova | 48% |
| Monaco | 0% |
| Mongolia | 30% |
| Montenegro | 20% |
| Montserrat | 0% |
| Morocco | 44% |
| Mozambique | 14% |
| Namibia | 7% |
| Nepal | 26% |
| Netherlands | 4% |
| New Zealand | 1% |
| Nicaragua | 16% |
| Niger | 46% |
| Nigeria | 57% |
| No Nationality | 60% |
| North Macedonia | 9% |
| Norway | 2% |
| Oman | 11% |
| Pakistan | 50% |

| | |
|---|---|
| Palestinian Authority Travel Document | 54% |
| Panama | 5% |
| Papua New Guinea | 10% |
| Paraguay | 5% |
| Peru | 13% |
| Philippines | 30% |
| Poland | 6% |
| Portugal | 7% |
| Qatar | 28% |
| Romania | 9% |
| Russia | 25% |
| Rwanda | 59% |
| Saint Kitts and Nevis | 16% |
| Saint Lucia | 17% |
| Saint Vincent and the Grenadines | 40% |
| Samoa | 0% |
| San Marino | 0% |
| Saudi Arabia | 19% |
| Senegal | 55% |
| Serbia | 8% |
| Seychelles | 25% |
| Sierra Leone | 65% |
| Singapore | 5% |
| Slovakia | 8% |
| Slovenia | 0% |
| Somalia | 46% |
| South Africa | 16% |
| South Korea | 4% |
| South Sudan | 48% |
| Spain | 4% |
| Sri Lanka | 40% |
| Sudan | 48% |
| Suriname | 11% |
| Sweden | 3% |
| Switzerland | 3% |
| Syria | 52% |
| Tajikistan | 79% |
| Tanzania | 21% |
| Thailand | 22% |
| The Gambia | 65% |
| Timor-Leste | 0% |
| Togo | 4% |
| Trinidad and Tobago | 5% |
| Tunisia | 31% |
| Turkey | 25% |
| Turkmenistan | 62% |
| Turks and Caicos Islands | 0% |

| | |
|---|---|
| Uganda | 43% |
| Ukraine | 18% |
| United Arab Emirates | 8% |
| United Kingdom | 3% |
| Uruguay | 2% |
| Uzbekistan | 51% |
| Vanuatu | 100% |
| Venezuela | 27% |
| Vietnam | 24% |
| Yemen | 80% |
| Zambia | 27% |
| Zimbabwe | 14% |

**\*"No nationality" refusals includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.**

**The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate.**

**Only nationalities that have data available during the indicated fiscal year are listed.**

| F1 Adjusted Refusal Rates by Nationality: FY 2019 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Afghanistan | 76% |
| Albania | 32% |
| Algeria | 72% |
| Andorra | 0% |
| Angola | 31% |
| Anguilla | 0% |
| Antigua and Barbuda | 9% |
| Argentina | 4% |
| Armenia | 52% |
| Australia | 2% |
| Austria | 2% |
| Azerbaijan | 30% |
| Bahamas, The | 8% |
| Bahrain | 14% |
| Bangladesh | 38% |
| Barbados | 1% |
| Belarus | 12% |
| Belgium | 4% |
| Belize | 16% |
| Benin | 78% |
| Bermuda | 0% |
| Bhutan | 45% |
| Bolivia | 14% |
| Bosnia-Herzegovina | 12% |
| Botswana | 25% |
| Brazil | 20% |
| British Virgin Islands | 8% |
| Brunei | 0% |
| Bulgaria | 5% |
| Burkina Faso | 59% |
| Burma | 13% |
| Burundi | 59% |
| Cabo Verde | 24% |
| Cambodia | 32% |
| Cameroon | 84% |
| Canada | 8% |
| Cayman Islands | 9% |
| Central African Republic | 88% |
| Chad | 89% |
| Chile | 2% |
| China - mainland | 11% |
| China - Taiwan | 2% |
| Colombia | 25% |

| | |
|---|---|
| Comoros | 80% |
| Congo, Democratic Republic of the | 70% |
| Congo, Republic of the | 84% |
| Costa Rica | 6% |
| Cote d'Ivoire | 53% |
| Croatia | 5% |
| Cuba | 53% |
| Cyprus | 2% |
| Czech Republic | 8% |
| Denmark | 1% |
| Djibouti | 95% |
| Dominica | 10% |
| Dominican Republic | 42% |
| Ecuador | 21% |
| Egypt | 38% |
| El Salvador | 20% |
| Equatorial Guinea | 47% |
| Eritrea | 80% |
| Estonia | 3% |
| Eswatini | 4% |
| Ethiopia | 50% |
| Fiji | 46% |
| Finland | 0% |
| France | 6% |
| Gabon | 58% |
| Georgia | 34% |
| Germany | 1% |
| Ghana | 62% |
| Gibraltar | 0% |
| Greece | 8% |
| Grenada | 28% |
| Guatemala | 25% |
| Guinea | 93% |
| Guinea-Bissau | 74% |
| Guyana | 11% |
| Haiti | 63% |
| Honduras | 25% |
| Hong Kong S.A.R. | 7% |
| Hong Kong-BNO | 8% |
| Hungary | 2% |
| Iceland | 0% |
| India | 37% |
| Indonesia | 11% |
| Iran | 50% |
| Iraq | 66% |
| Ireland | 12% |
| Israel | 9% |

| | |
|---|---|
| Italy | 6% |
| Jamaica | 32% |
| Japan | 2% |
| Jordan | 70% |
| Kazakhstan | 52% |
| Kenya | 51% |
| Kiribati | 0% |
| Kosovo | 22% |
| Kuwait | 6% |
| Kyrgyzstan | 47% |
| Laos | 53% |
| Latvia | 11% |
| Lebanon | 17% |
| Lesotho | 7% |
| Liberia | 78% |
| Libya | 67% |
| Liechtenstein | 0% |
| Lithuania | 7% |
| Luxembourg | 0% |
| Macau S.A.R. | 6% |
| Madagascar | 17% |
| Malawi | 60% |
| Malaysia | 2% |
| Maldives | 30% |
| Mali | 80% |
| Malta | 0% |
| Mauritania | 87% |
| Mauritius | 4% |
| Mexico | 7% |
| Moldova | 28% |
| Monaco | 0% |
| Mongolia | 60% |
| Montenegro | 7% |
| Morocco | 52% |
| Mozambique | 6% |
| Namibia | 7% |
| Nepal | 77% |
| Netherlands | 3% |
| New Zealand | 1% |
| Nicaragua | 23% |
| Niger | 52% |
| Nigeria | 77% |
| No Nationality* | 33% |
| North Macedonia | 20% |
| Norway | 2% |
| Oman | 5% |
| Pakistan | 57% |

| | |
|---|---|
| Palestinian Authority Travel Document | 61% |
| Panama | 7% |
| Papua New Guinea | 8% |
| Paraguay | 9% |
| Peru | 21% |
| Philippines | 40% |
| Poland | 9% |
| Portugal | 5% |
| Qatar | 13% |
| Romania | 6% |
| Russia | 15% |
| Rwanda | 48% |
| Saint Kitts and Nevis | 24% |
| Saint Lucia | 7% |
| Saint Vincent and the Grenadines | 2% |
| Samoa | 14% |
| San Marino | 0% |
| Saudi Arabia | 13% |
| Senegal | 64% |
| Serbia | 13% |
| Seychelles | 0% |
| Sierra Leone | 65% |
| Singapore | 2% |
| Slovakia | 3% |
| Slovenia | 1% |
| Solomon Islands | 0% |
| Somalia | 66% |
| South Africa | 15% |
| South Korea | 4% |
| South Sudan | 46% |
| Spain | 5% |
| Sri Lanka | 55% |
| Sudan | 48% |
| Suriname | 0% |
| Sweden | 2% |
| Switzerland | 1% |
| Syria | 70% |
| Tajikistan | 61% |
| Tanzania | 42% |
| Thailand | 43% |
| The Gambia | 81% |
| Timor-Leste | 0% |
| Togo | 73% |
| Tonga | 32% |
| Trinidad and Tobago | 5% |
| Tunisia | 31% |
| Turkey | 42% |

| | |
|---|---|
| Turkmenistan | 70% |
| Turks and Caicos Islands | 29% |
| Uganda | 54% |
| Ukraine | 39% |
| United Arab Emirates | 6% |
| United Kingdom | 4% |
| Uruguay | 2% |
| Uzbekistan | 73% |
| Vanuatu | 0% |
| Venezuela | 39% |
| Vietnam | 36% |
| Yemen | 69% |
| Zambia | 28% |
| Zimbabwe | 25% |

**\*"No nationality" refusals includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.**

**The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate.**
**Only nationalities that have data available during the indicated fiscal year are listed.**

**F1 Adjusted Refusal Rates by Nationality: FY 2020**

| Nationality | Adjusted Refusal Rate |
|---|---|
| Afghanistan | 81% |
| Albania | 48% |
| Algeria | 76% |
| Andorra | 14% |
| Angola | 41% |
| Anguilla | 0% |
| Antigua and Barbuda | 10% |
| Argentina | 2% |
| Armenia | 58% |
| Australia | 5% |
| Austria | 4% |
| Azerbaijan | 38% |
| Bahamas, The | 12% |
| Bahrain | 17% |
| Bangladesh | 41% |
| Barbados | 5% |
| Belarus | 22% |
| Belgium | 4% |
| Belize | 10% |
| Benin | 58% |
| Bermuda | 0% |
| Bhutan | 60% |
| Bolivia | 10% |
| Bosnia-Herzegovina | 6% |
| Botswana | 19% |
| Brazil | 30% |
| British Virgin Islands | 13% |
| Brunei | 14% |
| Bulgaria | 9% |
| Burkina Faso | 75% |
| Burma | 22% |
| Burundi | 82% |
| Cabo Verde | 35% |
| Cambodia | 36% |
| Cameroon | 83% |
| Canada | 6% |
| Cayman Islands | 5% |
| Central African Republic | 93% |
| Chad | 94% |
| Chile | 9% |
| China - mainland | 20% |
| China - Taiwan | 7% |
| Colombia | 29% |

| | |
|---|---|
| Comoros | 100% |
| Congo, Democratic Republic of the | 74% |
| Congo, Republic of the | 77% |
| Costa Rica | 13% |
| Cote d'Ivoire | 48% |
| Croatia | 3% |
| Cuba | 70% |
| Cyprus | 2% |
| Czech Republic | 9% |
| Denmark | 2% |
| Djibouti | 100% |
| Dominica | 17% |
| Dominican Republic | 42% |
| Ecuador | 28% |
| Egypt | 52% |
| El Salvador | 26% |
| Equatorial Guinea | 47% |
| Eritrea | 84% |
| Estonia | 3% |
| Eswatini | 4% |
| Ethiopia | 51% |
| Fiji | 38% |
| Finland | 1% |
| France | 12% |
| Gabon | 66% |
| Georgia | 32% |
| Germany | 2% |
| Ghana | 75% |
| Greece | 7% |
| Grenada | 13% |
| Guatemala | 28% |
| Guinea | 88% |
| Guinea-Bissau | 67% |
| Guyana | 5% |
| Haiti | 60% |
| Honduras | 19% |
| Hong Kong S.A.R. | 9% |
| Hong Kong-BNO | 22% |
| Hungary | 8% |
| Iceland | 0% |
| India | 44% |
| Indonesia | 15% |
| Iran | 62% |
| Iraq | 58% |
| Ireland | 12% |
| Israel | 13% |
| Italy | 10% |

| | |
|---|---|
| Jamaica | 30% |
| Japan | 2% |
| Jordan | 65% |
| Kazakhstan | 68% |
| Kenya | 54% |
| Kiribati | 0% |
| Kosovo | 13% |
| Kuwait | 14% |
| Kyrgyzstan | 71% |
| Laos | 67% |
| Latvia | 11% |
| Lebanon | 26% |
| Lesotho | 33% |
| Liberia | 80% |
| Libya | 68% |
| Liechtenstein | 0% |
| Lithuania | 6% |
| Luxembourg | 4% |
| Macau S.A.R. | 5% |
| Madagascar | 28% |
| Malawi | 78% |
| Malaysia | 9% |
| Maldives | 0% |
| Mali | 84% |
| Malta | 25% |
| Mauritania | 79% |
| Mauritius | 0% |
| Mexico | 6% |
| Moldova | 39% |
| Monaco | 0% |
| Mongolia | 60% |
| Montenegro | 21% |
| Morocco | 53% |
| Mozambique | 20% |
| Namibia | 7% |
| Nepal | 78% |
| Netherlands | 2% |
| New Zealand | 3% |
| Nicaragua | 15% |
| Niger | 65% |
| Nigeria | 77% |
| No Nationality* | 53% |
| North Korea | 100% |
| North Macedonia | 18% |
| Norway | 3% |
| Oman | 6% |
| Pakistan | 54% |

| | |
|---|---|
| Palestinian Authority Travel Document | 69% |
| Panama | 7% |
| Papua New Guinea | 10% |
| Paraguay | 3% |
| Peru | 22% |
| Philippines | 49% |
| Poland | 7% |
| Portugal | 4% |
| Qatar | 16% |
| Romania | 7% |
| Russia | 26% |
| Rwanda | 64% |
| Saint Kitts and Nevis | 36% |
| Saint Lucia | 13% |
| Saint Vincent and the Grenadines | 57% |
| Samoa | 0% |
| San Marino | 0% |
| Saudi Arabia | 31% |
| Senegal | 74% |
| Serbia | 6% |
| Sierra Leone | 67% |
| Singapore | 10% |
| Slovakia | 3% |
| Slovenia | 2% |
| Somalia | 91% |
| South Africa | 13% |
| South Korea | 4% |
| South Sudan | 63% |
| Spain | 5% |
| Sri Lanka | 57% |
| Sudan | 50% |
| Suriname | 8% |
| Sweden | 3% |
| Switzerland | 3% |
| Syria | 63% |
| Tajikistan | 69% |
| Tanzania | 54% |
| Thailand | 47% |
| The Gambia | 79% |
| Timor-Leste | 0% |
| Togo | 80% |
| Tonga | 67% |
| Trinidad and Tobago | 5% |
| Tunisia | 29% |
| Turkey | 44% |
| Turkmenistan | 67% |
| Turks and Caicos Islands | 0% |

| | |
|---|---|
| Uganda | 62% |
| Ukraine | 25% |
| United Arab Emirates | 11% |
| United Kingdom | 5% |
| Uruguay | 6% |
| Uzbekistan | 79% |
| Vanuatu | 0% |
| Venezuela | 38% |
| Vietnam | 32% |
| Yemen | 84% |
| Zambia | 38% |
| Zimbabwe | 21% |

**\*"No nationality" refusals includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.**

**The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate.**

**Only nationalities that have data available during the indicated fiscal year are listed.**