# EXHIBIT C

# Holland & Knight

800 17th Street, NW, Suite 1100 | Washington, DC 20006 | T 202.955.3000 | F 202.955.5564

Leon Fresco
202 469 5129
leon.fresco@hklaw.com

August 23, 2022

**VIA FEDEX and FAX**

Appeals Officer
Office of Information Programs and Services
U. S. Department of State
2201 C Street, NW
Room B266
Washington, DC 20520

FAX: (202) 485-1718

Re:     *Appeal* of Freedom of Information Act – Request for *EXPEDITIOUS HANDLING*

**Request of F-1 Nonimmigrant Visa Refusal Statistics by Post and Nationality for Fiscal Year 2021, and Fiscal Year 2022 (year-to-date)**

Dear Sir or Madam:

On behalf of my client, Shorelight Education, a leading education company focused on providing educational experiences for international students, we are respectfully filing an appeal of denial of expedited processing of a Freedom of Information Act request (dated August 17, 2022) seeking public information that is possessed by the State Department, but is not specifically provided to the public in the State Department's non-immigrant visa statistics.  No decision was ever sent to us but we have now received an email from the State Department FOIA Requester Service Center definitively proving that this case is not on an expedited handling timeframe.   That email is attached to this package at the conclusion of this letter.  The underlying FOIA request is also attached.

Therefore, we seek a written decision as required by 22 CFR § 171.13.

Specifically, we seek the following information/data:

1.  Each year, the State Department publicly releases a document that is titled as: "ADJUSTED REFUSAL RATE - B-VISAS ONLY BY NATIONALITY"
    *See* https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/RefusalRates/FY20.pdf

State Department FOIA Request – Administrative Appeal
August 23, 2022
Page 2

We seek the exact same statistics, in the exact same format, but for **F-1 student visas**. In other words, the numbers that would be provided would be for F-1 Student Visas instead of for B-visitor visas.  We seek these statistics for Fiscal Year 2021, and Fiscal Year 2022 (year-to-date)

2. Alternatively, if the data in Request Number 1 cannot be provided—and a lawful explanation is provided as to why this data cannot be provided—we respectfully ask that the State Department then refer to the annual document it publicly releases titled: "**Worldwide NIV Workload by Visa Category FY 2021.**"
*See* https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/NIVWorkload/FY2020NIVWorkloadbyVisaCategory.pdf

We would respectfully ask that the State Department then simply disaggregate the "refused" data contained within this document so that it can provide, and make publicly available, **by post and nationality**, the total number of F-1 student visas that were counted as "refused."

As you can see in the linked document below, the State Department already disaggregates the number of F-1 student visas "issued"  by post and nationality, but does not similarly disaggregate the number of "refused" F-1 student visas by post and nationality.
https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/MonthlyNIVIssuances/JUNE%202022%20-%20NIV%20Issuances%20by%20Nationality%20and%20Visa%20Class.pdf

https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/MonthlyNIVIssuances/JUNE%202022%20-%20NIV%20Issuances%20by%20Post%20and%20Visa%20Class.pdf

We seek these "refusal" statistics for **F-1 student visas** for Fiscal Year 2021, and Fiscal Year 2022 (year-to-date). Again, we simply seek data that disaggregates the numbers already contained and publicly reported in the "refused" column so that those numbers can be understood by post and nationality.

If an example is needed, please see the State Department's response to the exact same FOIA request made last year.  All that is needed are these same numbers for Fiscal Year 2021, and Fiscal Year 2022 (year-to-date).

## II. Compelling Need Justifying Expeditious Handling

There are four compelling reasons justifying expeditious processing of this request:

• First – As Shorelight Education attempts to educate U.S. universities and members of Congress about the importance of the student visa system, Congressional members and staff consistently ask about whether the denial rate for student visas is increasing or decreasing.  As this information is not currently publicly available, it is impossible to answer these questions.

State Department FOIA Request – Administrative Appeal
August 23, 2022
Page 3

- Second – Members of the media have inquired with Shorelight Education as to whether the denial rate for student visas is increasing or decreasing.  As this information is not currently publicly available, it is impossible to answer these questions.

- Third -  Substantial pedagogical and economic concerns of colleges and universities in the United States are implicated by the failure to process this FOIA request immediately**.** Universities across the United States require this information quickly so that they may better understand the changing landscape of the international student visa adjudication process and to make multi-million dollar decisions about which international students to invest-in and recruit from around the world.  This data is critical to preventing schools from wasting millions of dollars to recruit students from areas where they are statistically less likely to obtain visas.

- Fourth – This information is clearly and readily available to the State Department and is very easy to obtain and disseminate.  The State Department already publishes how many F-1 visas it refuses each year, and it also publishes how many F-1 visas it is issuing monthly by post and nationality.  We simply seek data that disaggregates the numbers already contained and publicly reported in the "refused" column so that those numbers can be understood by post and nationality.    In fact, if an example is needed, please see the State Department's response to the exact same FOIA request made in 2018 and 2020.  All that is needed are these same numbers for Fiscal Year 2021, and Fiscal Year 2022 (year-to-date)

## IV. Payment of Fees

Undersigned counsel consents to, and is prepared to pay, all fees that are necessary to obtain any and all documents responsive to the requests above.

Please feel free to contact the undersigned at (202)469-5129 or by email at leon.fresco@hklaw.com should there be any questions.

Sincerely,

HOLLAND & KNIGHT LLP

Leon Fresco

# TAB 1

| | |
|---|---|
| **From:** | A_FOIAacknowledgement@groups.state.gov |
| **To:** | Fresco, Leon (WAS - X75129) |
| **Subject:** | Ref: F-2022-11858, Freedom of Information Act Acknowledgement |
| **Date:** | Monday, August 22, 2022 2:20:40 PM |

*[External email]*
**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**

Mr. Fresco:

This email acknowledges receipt of your August 17, 2022, Freedom of Information Act (FOIA) (5 U.S.C. § 552) request received by the U.S. Department of State, Office of Information Programs and Services on August 17, 2022, regarding F-1 nonimmigrant visa refusal statistics by post and nationality for fiscal year 2021 and Fiscal year 2022 (year to date).  Unless you advise otherwise, we will treat as non-responsive any compilations of publicly available news reports and any publicly available documents not created by the U.S. government, such as mass-distribution emails from news media.  This Office assigned your request the subject reference number and placed it in the complex processing track where it will be processed as quickly as possible.  See 22 CFR § 171.11(h).

Also, you requested expedited processing of this request.  According to 22 CFR § 171.11(f), requests shall receive expedited processing when a requester demonstrates a "compelling need" for the information exists for one of the following reasons: (1) failure to obtain the requested information on an expedited basis could reasonably be expected to pose an imminent threat to the life or physical safety of an individual; (2) the information is urgently needed by an individual primarily engaged in disseminating information in order to inform the public concerning actual or alleged Federal government activity; or (3) failure to release the information would impair substantial due process rights or harm substantial humanitarian interests.  Your request does not demonstrate a "compelling need" for the requested information.  Therefore, this Office denies your request for expedited processing.

If you are not satisfied with this Office's determination in response to your request for expedited processing, you may administratively appeal to: Appeals Officer, Office of Information Programs and Services, U.S. Department of State, 2201 C Street, NW, Room B266, Washington, D.C. 20520; or facsimile at 202-485-1718.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of this email.

This Office will not be able to respond within the 20 days provided by the statute due to "unusual circumstances."  See 5 U.S.C. § 552(a)(6)(B)(i)-(iii).  In this instance, the unusual circumstances include the need to search for and collect requested records from other Department offices or Foreign Service posts.

If you have any questions regarding your request, would like to narrow the scope or arrange an alternative time frame to speed its processing, or would like an estimated date of completion, please contact our FOIA Requester Service Center or our FOIA Public Liaison by email at FOIAstatus@state.gov or telephone at 202-261-8484.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact

# TAB 2

| | |
|---|---|
| **From:** | send@mail.efax.com |
| **To:** | Fresco, Leon (WAS - X75129) |
| **Subject:** | Successful transmission to 12024851669. Re: Freedom of Information Act |
| **Date:** | Wednesday, August 17, 2022 2:48:24 PM |

*[External email]*



Login

# Service Notification

## Customer Service

Need help with your account?

**Online Help:**

https://enterprise.efax.com/contact-us

**Email:**
corporatesupport@mail.efax.com

**Phone:**
1(323) 817-3202
1(800) 810-2641 (toll-free)

**Reference ID:**

Dear Fresco, Leon (WAS - X75129),
Re: Freedom of Information Act

The 20 page fax you sent through eFax
Solutions to 12024851669 was successfully
transmitted at 2022-08-17 18:48:20 (GMT).

The length of transmission was 1228 seconds.

The receiving machine's fax ID: .

If you need additional assistance, please visit
our online help center at
https://enterprise.efax.com/contact-us. Thank
you for using the eFax Solutions service.

Best Regards,
eFax Solutions

© 2022 Consensus Cloud Solutions, Inc. or its subsidiaries (collectively, "Consensus"). All rights reserved.
eFax® and eFax Corporate® are registered trademarks of Consensus.

information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

*K. Browning*, for
Kellie N. Robinson
Chief, Requester Liaison Division
FOIA Program Manager/FOIA Public Liaison
U.S. Department of State
Office of Information Programs and Services


**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**

# Holland & Knight

800 17th Street, NW, Suite 1100 | Washington, DC 20006 | T 202.955.3000 | F 202.955.5564

August 17, 2022

**<u>VIA FAX</u>**

U. S. Department of State
Office of Information Programs and Services
2201 C Street N.W., Suite B266
Washington, D.C. 20520-0000
FAX: (202) 485-1669

Re:     <u>Freedom of Information Act – Request for *EXPEDITIOUS HANDLING*</u>

**Request of F-1 Nonimmigrant Visa Refusal Statistics by Post and Nationality for Fiscal Year 2021, and Fiscal Year 2022 (year-to-date)**

Dear Sir or Madam:

On behalf of my client, Shorelight Education, a leading education company focused on providing educational experiences for international students and partnering with U.S. universities as a clearinghouse for information, we are respectfully filing a Freedom of Information Act request seeking public information that is possessed by the State Department, but is not specifically provided to the public in the State Department's non-immigrant visa statistics.

Specifically, we seek the following information/data:

1.  Each year, the State Department publicly releases a document that is titled as: "ADJUSTED REFUSAL RATE - B-VISAS ONLY BY NATIONALITY"
    *See* https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/RefusalRates/FY20.pdf

    We seek the exact same statistics, in the exact same format, but for **<u>F-1 student visas</u>**. In other words, the numbers that would be provided would be for F-1 Student Visas instead of for B-visitor visas.  We seek these statistics for Fiscal Year 2021, and Fiscal Year 2022 (year-to-date)

2.  Alternatively, if the data in Request Number 1 cannot be provided—and a lawful explanation is provided as to why this data cannot be provided—we respectfully ask that the State Department then refer to the annual document it publicly releases titled: "**Worldwide NIV Workload by Visa Category FY 2021.**"
    *See* https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/NIVWorkload/FY2020NIVWorkloadbyVisaCategory.pdf

    We would respectfully ask that the State Department then simply disaggregate the "refused" data contained within this document so that it can provide, and make publicly available, **<u>by post and nationality</u>**, the total number of F-1 student visas that were counted as "refused."

# Holland & Knight

800 17th Street, NW, Suite 1100 | Washington, DC 20006 | T 202.955.3000 | F 202.955.5564

As you can see in the linked document below, the State Department already disaggregates the number of F-1 student visas "issued" by post and nationality, but does not similarly disaggregate the number of "refused" F-1 student visas by post and nationality. https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/MonthlyNIVIssuances/JUNE%202022%20-%20NIV%20Issuances%20by%20Nationality%20and%20Visa%20Class.pdf

https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/MonthlyNIVIssuances/JUNE%202022%20-%20NIV%20Issuances%20by%20Post%20and%20Visa%20Class.pdf

We seek these "refusal" statistics for **F-1 student visas** for Fiscal Year 2021, and Fiscal Year 2022 (year-to-date). Again, we simply seek data that disaggregates the numbers already contained and publicly reported in the "refused" column so that those numbers can be understood by post and nationality.

If an example is needed, please see the State Department's response to the exact same FOIA request made last year. All that is needed are these same numbers for Fiscal Year 2021, and Fiscal Year 2022 (year-to-date)

## II. Compelling Need Justifying Expeditious Handling

Substantial economic concerns of colleges and universities in the United States are implicated by the failure to process this FOIA request immediately**.** Universities across the United States require this information quickly so that they may better understand the changing landscape of the international student visa adjudication process and to make extremely important decisions about which international students to invest-in and recruit from around the world. This data is critical to preventing schools from wasting hundreds of millions of dollars in time and resources to recruit students from areas where they are statistically less likely to obtain visas.

## III. Payment of Fees

Undersigned counsel consents to, and is prepared to pay, all fees that are necessary to obtain any and all documents responsive to the requests above.

Please feel free to contact the undersigned at (202)469-5129 or by email at leon.fresco@hklaw.com should there be any questions.

# Holland & Knight

800 17th Street, NW, Suite 1100 | Washington, DC 20006 | T 202.955.3000 | F 202.955.5564

Sincerely,

HOLLAND & KNIGHT LLP

Leon Fresco



**United States Department of State**

*Washington, D.C.  20520*

July 26, 2021

Case No.  F-2021-02037
FL-2021-00491

Mr. Leon Fresco
Holland & Knight LLP
800 17th NW Suite 1100
Washington, DC 20006

Dear Mr. Fresco:

This letter is in response to your requests dated December 17, 2019 and April 8, 2021, under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  The Department of State has located three responsive records subject to the FOIA.  Upon review, we have determined that all three records may be released in full.  This concludes the processing of your request.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. 552(c).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.  To the extent another agency asserts that it can neither confirm nor deny the existence of certain records, the Department of State will similarly take the position that it neither confirms nor denies the existence of those records.

If you have any questions, your attorney may contact Assistant United States Attorney Stephanie R. Johnson at 202-252-7874 or Stephanie.Johnson5@usdoj.gov.  Please refer to the case number, F-2021-02037/FL-2021-00491, and the civil action number, 21-cv-01490, in all correspondence about this case.

Sincerely,

Jeanne Miller
Chief, Programs and Policies Division
Office of Information Programs and Services

Enclosures:  As stated.

## The Freedom of Information Act (5 USC 552)

### FOIA Exemptions

(b)(1)   Information specifically authorized by an executive order to be kept secret in the interest of national defense or foreign policy.  Executive Order 13526 includes the following classification categories:

> 1.4(a)  Military plans, systems, or operations
> 1.4(b)  Foreign government information
> 1.4(c)  Intelligence activities, sources or methods, or cryptology
> 1.4(d)  Foreign relations or foreign activities of the US, including confidential sources
> 1.4(e)  Scientific, technological, or economic matters relating to national security, including defense against transnational terrorism
> 1.4(f)  U.S. Government  programs for safeguarding nuclear materials or facilities
> 1.4(g)  Vulnerabilities or capabilities of systems, installations, infrastructures, projects, plans, or protection services relating to US national security, including defense against transnational terrorism
> 1.4(h)  Weapons of mass destruction

(b)(2)   Related solely to the internal personnel rules and practices of an agency

(b)(3)   Specifically exempted from disclosure by statute (other than 5 USC 552), for example:

| | |
|---|---|
| ARMSEXP | Arms Export Control Act, 50a USC 2411(c) |
| CIA PERS/ORG | Central Intelligence Agency Act of 1949, 50 USC 403(g) |
| EXPORT CONTROL | Export Administration Act of 1979, 50 USC App. Sec. 2411(c) |
| FS ACT | Foreign Service Act of 1980, 22 USC 4004 |
| INA | Immigration and Nationality Act, 8 USC 1202(f), Sec. 222(f) |
| IRAN | Iran Claims Settlement Act, Public Law 99-99, Sec. 505 |

(b)(4)   Trade secrets and confidential commercial or financial information

(b)(5)   Interagency or intra-agency communications forming part of the deliberative process, attorney-client privilege, or attorney work product

(b)(6)   Personal privacy information

(b)(7)   Law enforcement information whose disclosure would:
   (A)  interfere with enforcement proceedings
   (B)  deprive a person of a fair trial
   (C)  constitute an unwarranted invasion of personal privacy
   (D)  disclose confidential sources
   (E)  disclose investigation techniques
   (F)  endanger life or physical safety of an individual

(b)(8)   Prepared by or for a government agency regulating or supervising financial institutions

(b)(9)   Geological and geophysical information and data, including maps, concerning wells

### Other Grounds for Withholding

NR   Material not responsive to a FOIA request excised with the agreement of the requester

| F1 Adjusted Refusal Rates by Nationality: FYTD 2021 *(through June 30, 2021)* | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Afghanistan | 60% |
| Albania | 22% |
| Algeria | 31% |
| Andorra | 0% |
| Angola | 48% |
| Antigua and Barbuda | 41% |
| Argentina | 4% |
| Armenia | 42% |
| Australia | 3% |
| Austria | 2% |
| Azerbaijan | 27% |
| Bahamas, The | 5% |
| Bahrain | 17% |
| Bangladesh | 16% |
| Barbados | 6% |
| Belarus | 27% |
| Belgium | 1% |
| Belize | 10% |
| Benin | 45% |
| Bermuda | 0% |
| Bhutan | 5% |
| Bolivia | 13% |
| Bosnia-Herzegovina | 0% |
| Botswana | 19% |
| Brazil | 20% |
| British Virgin Islands | 0% |
| Brunei | 17% |
| Bulgaria | 12% |
| Burkina Faso | 25% |
| Burma | 9% |
| Burundi | 40% |
| Cabo Verde | 38% |
| Cambodia | 33% |
| Cameroon | 70% |
| Canada | 8% |
| Cayman Islands | 15% |
| Central African Republic | 50% |
| Chad | 85% |
| Chile | 13% |
| China - mainland | 16% |
| China - Taiwan | 9% |
| Colombia | 13% |

| | |
|---|---|
| Congo, Democratic Republic of the | 51% |
| Congo, Republic of the | 64% |
| Costa Rica | 7% |
| Cote d'Ivoire | 39% |
| Croatia | 8% |
| Cuba | 77% |
| Cyprus | 8% |
| Czech Republic | 4% |
| Denmark | 2% |
| Djibouti | 81% |
| Dominica | 21% |
| Dominican Republic | 20% |
| Ecuador | 27% |
| Egypt | 32% |
| El Salvador | 19% |
| Equatorial Guinea | 78% |
| Eritrea | 73% |
| Estonia | 12% |
| Eswatini | 0% |
| Ethiopia | 37% |
| Fiji | 38% |
| Finland | 5% |
| France | 5% |
| Gabon | 25% |
| Georgia | 19% |
| Germany | 2% |
| Ghana | 40% |
| Gibraltar | 0% |
| Greece | 6% |
| Grenada | 30% |
| Guatemala | 16% |
| Guinea | 55% |
| Guinea-Bissau | 60% |
| Guyana | 17% |
| Haiti | 83% |
| Honduras | 10% |
| Hong Kong S.A.R. | 4% |
| Hong Kong-BNO | 21% |
| Hungary | 22% |
| Iceland | 0% |
| India | 28% |
| Indonesia | 3% |
| Iran | 60% |
| Iraq | 29% |
| Ireland | 9% |
| Israel | 4% |
| Italy | 4% |

| | |
|---|---|
| Jamaica | 24% |
| Japan | 1% |
| Jordan | 35% |
| Kazakhstan | 70% |
| Kenya | 63% |
| Kiribati | 100% |
| Kosovo | 13% |
| Kuwait | 5% |
| Kyrgyzstan | 50% |
| Laos | 67% |
| Latvia | 15% |
| Lebanon | 31% |
| Lesotho | 9% |
| Liberia | 81% |
| Libya | 58% |
| Liechtenstein | 0% |
| Lithuania | 6% |
| Luxembourg | 0% |
| Macau S.A.R. | 5% |
| Madagascar | 25% |
| Malawi | 27% |
| Malaysia | 3% |
| Maldives | 0% |
| Mali | 52% |
| Malta | 0% |
| Mauritania | 82% |
| Mauritius | 3% |
| Mexico | 4% |
| Moldova | 48% |
| Monaco | 0% |
| Mongolia | 30% |
| Montenegro | 20% |
| Montserrat | 0% |
| Morocco | 44% |
| Mozambique | 14% |
| Namibia | 7% |
| Nepal | 26% |
| Netherlands | 4% |
| New Zealand | 1% |
| Nicaragua | 16% |
| Niger | 46% |
| Nigeria | 57% |
| No Nationality | 60% |
| North Macedonia | 9% |
| Norway | 2% |
| Oman | 11% |
| Pakistan | 50% |

| | |
|---|---|
| Palestinian Authority Travel Document | 54% |
| Panama | 5% |
| Papua New Guinea | 10% |
| Paraguay | 5% |
| Peru | 13% |
| Philippines | 30% |
| Poland | 6% |
| Portugal | 7% |
| Qatar | 28% |
| Romania | 9% |
| Russia | 25% |
| Rwanda | 59% |
| Saint Kitts and Nevis | 16% |
| Saint Lucia | 17% |
| Saint Vincent and the Grenadines | 40% |
| Samoa | 0% |
| San Marino | 0% |
| Saudi Arabia | 19% |
| Senegal | 55% |
| Serbia | 8% |
| Seychelles | 25% |
| Sierra Leone | 65% |
| Singapore | 5% |
| Slovakia | 8% |
| Slovenia | 0% |
| Somalia | 46% |
| South Africa | 16% |
| South Korea | 4% |
| South Sudan | 48% |
| Spain | 4% |
| Sri Lanka | 40% |
| Sudan | 48% |
| Suriname | 11% |
| Sweden | 3% |
| Switzerland | 3% |
| Syria | 52% |
| Tajikistan | 79% |
| Tanzania | 21% |
| Thailand | 22% |
| The Gambia | 65% |
| Timor-Leste | 0% |
| Togo | 4% |
| Trinidad and Tobago | 5% |
| Tunisia | 31% |
| Turkey | 25% |
| Turkmenistan | 62% |
| Turks and Caicos Islands | 0% |

| | |
|---|---|
| Uganda | 43% |
| Ukraine | 18% |
| United Arab Emirates | 8% |
| United Kingdom | 3% |
| Uruguay | 2% |
| Uzbekistan | 51% |
| Vanuatu | 100% |
| Venezuela | 27% |
| Vietnam | 24% |
| Yemen | 80% |
| Zambia | 27% |
| Zimbabwe | 14% |

**\*"No nationality" refusals includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.**

**The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate.**

**Only nationalities that have data available during the indicated fiscal year are listed.**

| F1 Adjusted Refusal Rates by Nationality: FY 2019 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Afghanistan | 76% |
| Albania | 32% |
| Algeria | 72% |
| Andorra | 0% |
| Angola | 31% |
| Anguilla | 0% |
| Antigua and Barbuda | 9% |
| Argentina | 4% |
| Armenia | 52% |
| Australia | 2% |
| Austria | 2% |
| Azerbaijan | 30% |
| Bahamas, The | 8% |
| Bahrain | 14% |
| Bangladesh | 38% |
| Barbados | 1% |
| Belarus | 12% |
| Belgium | 4% |
| Belize | 16% |
| Benin | 78% |
| Bermuda | 0% |
| Bhutan | 45% |
| Bolivia | 14% |
| Bosnia-Herzegovina | 12% |
| Botswana | 25% |
| Brazil | 20% |
| British Virgin Islands | 8% |
| Brunei | 0% |
| Bulgaria | 5% |
| Burkina Faso | 59% |
| Burma | 13% |
| Burundi | 59% |
| Cabo Verde | 24% |
| Cambodia | 32% |
| Cameroon | 84% |
| Canada | 8% |
| Cayman Islands | 9% |
| Central African Republic | 88% |
| Chad | 89% |
| Chile | 2% |
| China - mainland | 11% |
| China - Taiwan | 2% |
| Colombia | 25% |

| | |
|---|---|
| Comoros | 80% |
| Congo, Democratic Republic of the | 70% |
| Congo, Republic of the | 84% |
| Costa Rica | 6% |
| Cote d'Ivoire | 53% |
| Croatia | 5% |
| Cuba | 53% |
| Cyprus | 2% |
| Czech Republic | 8% |
| Denmark | 1% |
| Djibouti | 95% |
| Dominica | 10% |
| Dominican Republic | 42% |
| Ecuador | 21% |
| Egypt | 38% |
| El Salvador | 20% |
| Equatorial Guinea | 47% |
| Eritrea | 80% |
| Estonia | 3% |
| Eswatini | 4% |
| Ethiopia | 50% |
| Fiji | 46% |
| Finland | 0% |
| France | 6% |
| Gabon | 58% |
| Georgia | 34% |
| Germany | 1% |
| Ghana | 62% |
| Gibraltar | 0% |
| Greece | 8% |
| Grenada | 28% |
| Guatemala | 25% |
| Guinea | 93% |
| Guinea-Bissau | 74% |
| Guyana | 11% |
| Haiti | 63% |
| Honduras | 25% |
| Hong Kong S.A.R. | 7% |
| Hong Kong-BNO | 8% |
| Hungary | 2% |
| Iceland | 0% |
| India | 37% |
| Indonesia | 11% |
| Iran | 50% |
| Iraq | 66% |
| Ireland | 12% |
| Israel | 9% |

| | |
|---|---|
| Italy | 6% |
| Jamaica | 32% |
| Japan | 2% |
| Jordan | 70% |
| Kazakhstan | 52% |
| Kenya | 51% |
| Kiribati | 0% |
| Kosovo | 22% |
| Kuwait | 6% |
| Kyrgyzstan | 47% |
| Laos | 53% |
| Latvia | 11% |
| Lebanon | 17% |
| Lesotho | 7% |
| Liberia | 78% |
| Libya | 67% |
| Liechtenstein | 0% |
| Lithuania | 7% |
| Luxembourg | 0% |
| Macau S.A.R. | 6% |
| Madagascar | 17% |
| Malawi | 60% |
| Malaysia | 2% |
| Maldives | 30% |
| Mali | 80% |
| Malta | 0% |
| Mauritania | 87% |
| Mauritius | 4% |
| Mexico | 7% |
| Moldova | 28% |
| Monaco | 0% |
| Mongolia | 60% |
| Montenegro | 7% |
| Morocco | 52% |
| Mozambique | 6% |
| Namibia | 7% |
| Nepal | 77% |
| Netherlands | 3% |
| New Zealand | 1% |
| Nicaragua | 23% |
| Niger | 52% |
| Nigeria | 77% |
| No Nationality* | 33% |
| North Macedonia | 20% |
| Norway | 2% |
| Oman | 5% |
| Pakistan | 57% |

| | |
|---|---|
| Palestinian Authority Travel Document | 61% |
| Panama | 7% |
| Papua New Guinea | 8% |
| Paraguay | 9% |
| Peru | 21% |
| Philippines | 40% |
| Poland | 9% |
| Portugal | 5% |
| Qatar | 13% |
| Romania | 6% |
| Russia | 15% |
| Rwanda | 48% |
| Saint Kitts and Nevis | 24% |
| Saint Lucia | 7% |
| Saint Vincent and the Grenadines | 2% |
| Samoa | 14% |
| San Marino | 0% |
| Saudi Arabia | 13% |
| Senegal | 64% |
| Serbia | 13% |
| Seychelles | 0% |
| Sierra Leone | 65% |
| Singapore | 2% |
| Slovakia | 3% |
| Slovenia | 1% |
| Solomon Islands | 0% |
| Somalia | 66% |
| South Africa | 15% |
| South Korea | 4% |
| South Sudan | 46% |
| Spain | 5% |
| Sri Lanka | 55% |
| Sudan | 48% |
| Suriname | 0% |
| Sweden | 2% |
| Switzerland | 1% |
| Syria | 70% |
| Tajikistan | 61% |
| Tanzania | 42% |
| Thailand | 43% |
| The Gambia | 81% |
| Timor-Leste | 0% |
| Togo | 73% |
| Tonga | 32% |
| Trinidad and Tobago | 5% |
| Tunisia | 31% |
| Turkey | 42% |

| | |
|---|---|
| Turkmenistan | 70% |
| Turks and Caicos Islands | 29% |
| Uganda | 54% |
| Ukraine | 39% |
| United Arab Emirates | 6% |
| United Kingdom | 4% |
| Uruguay | 2% |
| Uzbekistan | 73% |
| Vanuatu | 0% |
| Venezuela | 39% |
| Vietnam | 36% |
| Yemen | 69% |
| Zambia | 28% |
| Zimbabwe | 25% |

*"No nationality" refusals includes individuals presenting travel
documents issued by a competent authority other than their country of
nationality, including, for example, aliens traveling on a Laissez-Passer
issued by the United Nations and refugees residing in another country.

The Adjusted Refusal Rate is calculated as follows: (Refusals minus
Waived/Overcome) divided by (Total Applicants minus
Waived/Overcome). When there are more Waived/Overcome than
refusals (for example, when refusals from a prior fiscal year are
waived/overcome), the result is a negative adjusted refusal rate.
Only nationalities that have data available during the indicated fiscal
year are listed.

| F1 Adjusted Refusal Rates by Nationality: FY 2020 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Afghanistan | 81% |
| Albania | 48% |
| Algeria | 76% |
| Andorra | 14% |
| Angola | 41% |
| Anguilla | 0% |
| Antigua and Barbuda | 10% |
| Argentina | 2% |
| Armenia | 58% |
| Australia | 5% |
| Austria | 4% |
| Azerbaijan | 38% |
| Bahamas, The | 12% |
| Bahrain | 17% |
| Bangladesh | 41% |
| Barbados | 5% |
| Belarus | 22% |
| Belgium | 4% |
| Belize | 10% |
| Benin | 58% |
| Bermuda | 0% |
| Bhutan | 60% |
| Bolivia | 10% |
| Bosnia-Herzegovina | 6% |
| Botswana | 19% |
| Brazil | 30% |
| British Virgin Islands | 13% |
| Brunei | 14% |
| Bulgaria | 9% |
| Burkina Faso | 75% |
| Burma | 22% |
| Burundi | 82% |
| Cabo Verde | 35% |
| Cambodia | 36% |
| Cameroon | 83% |
| Canada | 6% |
| Cayman Islands | 5% |
| Central African Republic | 93% |
| Chad | 94% |
| Chile | 9% |
| China - mainland | 20% |
| China - Taiwan | 7% |
| Colombia | 29% |

| | |
|---|---|
| Comoros | 100% |
| Congo, Democratic Republic of the | 74% |
| Congo, Republic of the | 77% |
| Costa Rica | 13% |
| Cote d'Ivoire | 48% |
| Croatia | 3% |
| Cuba | 70% |
| Cyprus | 2% |
| Czech Republic | 9% |
| Denmark | 2% |
| Djibouti | 100% |
| Dominica | 17% |
| Dominican Republic | 42% |
| Ecuador | 28% |
| Egypt | 52% |
| El Salvador | 26% |
| Equatorial Guinea | 47% |
| Eritrea | 84% |
| Estonia | 3% |
| Eswatini | 4% |
| Ethiopia | 51% |
| Fiji | 38% |
| Finland | 1% |
| France | 12% |
| Gabon | 66% |
| Georgia | 32% |
| Germany | 2% |
| Ghana | 75% |
| Greece | 7% |
| Grenada | 13% |
| Guatemala | 28% |
| Guinea | 88% |
| Guinea-Bissau | 67% |
| Guyana | 5% |
| Haiti | 60% |
| Honduras | 19% |
| Hong Kong S.A.R. | 9% |
| Hong Kong-BNO | 22% |
| Hungary | 8% |
| Iceland | 0% |
| India | 44% |
| Indonesia | 15% |
| Iran | 62% |
| Iraq | 58% |
| Ireland | 12% |
| Israel | 13% |
| Italy | 10% |

| | |
|---|---|
| Jamaica | 30% |
| Japan | 2% |
| Jordan | 65% |
| Kazakhstan | 68% |
| Kenya | 54% |
| Kiribati | 0% |
| Kosovo | 13% |
| Kuwait | 14% |
| Kyrgyzstan | 71% |
| Laos | 67% |
| Latvia | 11% |
| Lebanon | 26% |
| Lesotho | 33% |
| Liberia | 80% |
| Libya | 68% |
| Liechtenstein | 0% |
| Lithuania | 6% |
| Luxembourg | 4% |
| Macau S.A.R. | 5% |
| Madagascar | 28% |
| Malawi | 78% |
| Malaysia | 9% |
| Maldives | 0% |
| Mali | 84% |
| Malta | 25% |
| Mauritania | 79% |
| Mauritius | 0% |
| Mexico | 6% |
| Moldova | 39% |
| Monaco | 0% |
| Mongolia | 60% |
| Montenegro | 21% |
| Morocco | 53% |
| Mozambique | 20% |
| Namibia | 7% |
| Nepal | 78% |
| Netherlands | 2% |
| New Zealand | 3% |
| Nicaragua | 15% |
| Niger | 65% |
| Nigeria | 77% |
| No Nationality* | 53% |
| North Korea | 100% |
| North Macedonia | 18% |
| Norway | 3% |
| Oman | 6% |
| Pakistan | 54% |

| | |
|---|---|
| Palestinian Authority Travel Document | 69% |
| Panama | 7% |
| Papua New Guinea | 10% |
| Paraguay | 3% |
| Peru | 22% |
| Philippines | 49% |
| Poland | 7% |
| Portugal | 4% |
| Qatar | 16% |
| Romania | 7% |
| Russia | 26% |
| Rwanda | 64% |
| Saint Kitts and Nevis | 36% |
| Saint Lucia | 13% |
| Saint Vincent and the Grenadines | 57% |
| Samoa | 0% |
| San Marino | 0% |
| Saudi Arabia | 31% |
| Senegal | 74% |
| Serbia | 6% |
| Sierra Leone | 67% |
| Singapore | 10% |
| Slovakia | 3% |
| Slovenia | 2% |
| Somalia | 91% |
| South Africa | 13% |
| South Korea | 4% |
| South Sudan | 63% |
| Spain | 5% |
| Sri Lanka | 57% |
| Sudan | 50% |
| Suriname | 8% |
| Sweden | 3% |
| Switzerland | 3% |
| Syria | 63% |
| Tajikistan | 69% |
| Tanzania | 54% |
| Thailand | 47% |
| The Gambia | 79% |
| Timor-Leste | 0% |
| Togo | 80% |
| Tonga | 67% |
| Trinidad and Tobago | 5% |
| Tunisia | 29% |
| Turkey | 44% |
| Turkmenistan | 67% |
| Turks and Caicos Islands | 0% |

| | |
|---|---|
| Uganda | 62% |
| Ukraine | 25% |
| United Arab Emirates | 11% |
| United Kingdom | 5% |
| Uruguay | 6% |
| Uzbekistan | 79% |
| Vanuatu | 0% |
| Venezuela | 38% |
| Vietnam | 32% |
| Yemen | 84% |
| Zambia | 38% |
| Zimbabwe | 21% |

**\*"No nationality" refusals includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.**

**The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate.**

**Only nationalities that have data available during the indicated fiscal year are listed.**

# TAB 3



**United States Department of State**

*Washington, D.C.  20520*

April 8, 2019

Case No. F-2018-06587

Mr. Leon Fresco
Holland & Knight LLP
800 17th NW Suite 1100
Washington, DC 20006

Dear Mr. Fresco:

In response to your request dated August 28, 2018, under the Freedom of Information Act (the "FOIA"), 5 U.S.C. § 552, the Department has located four documents responsive to your request.  After reviewing these documents, we have determined that all four may be released in full.  All released material is enclosed.

Note that this material is responsive to the second option of the request because the first option would require the manual creation of a record, which is outside the scope of the FOIA.  Instead, the data provided is from a similar report pulled from a Department database.

If you have any questions, you may contact Assistant United States Attorney, Paul Cirino, at (202) 252-2529 or Paul.Cirino@usdoj.gov.  Please be sure to refer to the case number, F-2018-06587, and the civil action number, 19-cv-00282, in all correspondence about this case.

Sincerely,

Susan C. Weetman
Chief, Programs and Policies Division
Office of Information Programs and Services

Enclosures:  As stated.

The Freedom of Information Act (5 USC 552)

FOIA Exemptions

(b)(1)  Information specifically authorized by an executive order to be kept secret in the interest of national defense or foreign policy. Executive Order 13526 includes the following classification categories:

  1.4(a)  Military plans, systems, or operations
  1.4(b)  Foreign government information
  1.4(c)  Intelligence activities, sources or methods, or cryptology
  1.4(d)  Foreign relations or foreign activities of the US, including confidential sources
  1.4(e)  Scientific, technological, or economic matters relating to national security, including defense against transnational terrorism
  1.4(f)  U.S. Government programs for safeguarding nuclear materials or facilities
  1.4(g)  Vulnerabilities or capabilities of systems, installations, infrastructures, projects, plans, or protection services relating to US national security, including defense against transnational terrorism
  1.4(h)  Weapons of mass destruction

(b)(2)  Related solely to the internal personnel rules and practices of an agency

(b)(3)  Specifically exempted from disclosure by statute (other than 5 USC 552), for example:

|  |  |
|---|---|
| ARMSEXP | Arms Export Control Act, 50a USC 2411(c) |
| CIA PERS/ORG | Central Intelligence Agency Act of 1949, 50 USC 403(g) |
| EXPORT CONTROL | Export Administration Act of 1979, 50 USC App. Sec. 2411(c) |
| FS ACT | Foreign Service Act of 1980, 22 USC 4004 |
| INA | Immigration and Nationality Act, 8 USC 1202(f), Sec. 222(f) |
| IRAN | Iran Claims Settlement Act, Public Law 99-99, Sec. 505 |

(b)(4)  Trade secrets and confidential commercial or financial information

(b)(5)  Interagency or intra-agency communications forming part of the deliberative process, attorney-client privilege, or attorney work product

(b)(6)  Personal privacy information

(b)(7)  Law enforcement information whose disclosure would:
  (A)  interfere with enforcement proceedings
  (B)  deprive a person of a fair trial
  (C)  constitute an unwarranted invasion of personal privacy
  (D)  disclose confidential sources
  (E)  disclose investigation techniques
  (F)  endanger life or physical safety of an individual

(b)(8)  Prepared by or for a government agency regulating or supervising financial institutions

(b)(9)  Geological and geophysical information and data, including maps, concerning wells

Other Grounds for Withholding

NR  Material not responsive to a FOIA request excised with the agreement of the requester

C06715932

| F1 Adjusted Refusal Rates by Nationality: FY 2018 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Afghanistan | 75.6% |
| Albania | 32.7% |
| Algeria | 64.3% |
| Andorra | 0.0% |
| Angola | 19.6% |
| Anguilla | 0.0% |
| Antigua and Barbuda | 4.7% |
| Argentina | 3.3% |
| Armenia | 45.5% |
| Australia | 1.6% |
| Austria | 1.8% |
| Azerbaijan | 33.2% |
| Bahamas, The | 20.6% |
| Bahrain | 5.1% |
| Bangladesh | 33.6% |
| Barbados | 2.6% |
| Belarus | 11.5% |
| Belgium | 0.4% |
| Belize | 12.0% |
| Benin | 80.3% |
| Bermuda | 12.5% |
| Bhutan | 54.9% |
| Bolivia | 14.1% |
| Bosnia-Herzegovina | 8.2% |
| Botswana | 7.9% |
| Brazil | 14.5% |
| British Virgin Islands | 0.0% |
| Brunei | 0.0% |
| Bulgaria | 8.9% |
| Burkina Faso | 73.3% |
| Burma | 5.8% |
| Burundi | 59.5% |
| Cabo Verde | 43.9% |
| Cambodia | 28.3% |
| Cameroon | 85.2% |
| Canada | 6.6% |
| Cayman Islands | 4.1% |
| Central African Republic | 70.0% |
| Chad | 80.5% |
| Chile | 2.4% |
| China - mainland | 13.5% |

C06715932

## F1 Adjusted Refusal Rates by Nationality: FY 2018

| Nationality | Adjusted Refusal Rate |
|---|---|
| China - Taiwan | 5.5% |
| Colombia | 19.7% |
| Comoros | 33.3% |
| Congo, Democratic Republic of the | 69.0% |
| Congo, Republic of the | 75.1% |
| Costa Rica | 2.3% |
| Cote D`Ivoire | 54.4% |
| Croatia | 2.6% |
| Cuba | 38.2% |
| Cyprus | 1.1% |
| Czech Republic | 3.5% |
| Denmark | 0.4% |
| Djibouti | 82.1% |
| Dominica | 9.0% |
| Dominican Republic | 28.2% |
| Ecuador | 15.2% |
| Egypt | 37.2% |
| El Salvador | 15.2% |
| Equatorial Guinea | 27.9% |
| Eritrea | 76.2% |
| Estonia | 9.2% |
| Eswatini | 2.2% |
| Ethiopia | 49.2% |
| Fiji | 23.3% |
| Finland | 1.6% |
| France | 3.3% |
| Gabon | 56.7% |
| Gambia, The | 81.9% |
| Georgia | 29.1% |
| Germany | 1.3% |
| Ghana | 47.9% |
| Gibraltar | 0.0% |
| Great Britain and Northern Ireland | 3.8% |
| Greece | 8.0% |
| Grenada | 4.9% |
| Guatemala | 16.8% |
| Guinea | 86.9% |
| Guinea - Bissau | 0.0% |
| Guyana | 10.3% |
| Haiti | 52.5% |
| Honduras | 19.2% |

C06715932

## F1 Adjusted Refusal Rates by Nationality: FY 2018

| Nationality | Adjusted Refusal Rate |
|---|---|
| British National (Hong Kong) Overseas Passport | 3.3% |
| Hong Kong S. A. R. | 7.7% |
| Hungary | 2.3% |
| Iceland | 2.7% |
| India | 35.3% |
| Indonesia | 11.7% |
| Iran | 49.5% |
| Iraq | 67.7% |
| Ireland | 8.3% |
| Israel | 6.7% |
| Italy | 7.0% |
| Jamaica | 18.5% |
| Japan | 2.2% |
| Jordan | 65.4% |
| Kazakhstan | 44.0% |
| Kenya | 43.1% |
| Kiribati | 25.0% |
| Korea, South | 4.1% |
| Kosovo | 25.0% |
| Kuwait | 1.9% |
| Kyrgyzstan | 42.7% |
| Laos | 41.8% |
| Latvia | 8.2% |
| Lebanon | 12.6% |
| Lesotho | 17.4% |
| Liberia | 62.4% |
| Libya | 57.1% |
| Liechtenstein | 0.0% |
| Lithuania | 5.9% |
| Luxembourg | 3.2% |
| Macau | 6.8% |
| Macedonia | 19.4% |
| Madagascar | 14.6% |
| Malawi | 40.5% |
| Malaysia | 3.0% |
| Maldives | 44.4% |
| Mali | 82.2% |
| Malta | 0.0% |
| Mauritania | 72.6% |
| Mauritius | 1.1% |
| Mexico | 6.2% |

C06715932

## F1 Adjusted Refusal Rates by Nationality: FY 2018

| Nationality | Adjusted Refusal Rate |
|---|---|
| Moldova | 30.8% |
| Monaco | 0.0% |
| Mongolia | 66.1% |
| Montenegro | 5.9% |
| Montserrat | 0.0% |
| Morocco | 54.5% |
| Mozambique | 6.0% |
| Namibia | 2.1% |
| Nepal | 79.2% |
| Netherlands | 2.9% |
| New Zealand | 3.1% |
| Nicaragua | 10.6% |
| Niger | 53.1% |
| Nigeria | 76.9% |
| *Non-Nationality Based Issuances | 34.4% |
| Norway | 0.4% |
| Oman | 2.9% |
| Pakistan | 56.5% |
| Palestinian Authority Travel Document | 62.1% |
| Panama | 2.7% |
| Papua New Guinea | 8.5% |
| Paraguay | 2.8% |
| Peru | 24.3% |
| Philippines | 37.4% |
| Poland | 9.1% |
| Portugal | 4.6% |
| Qatar | 10.5% |
| Romania | 6.6% |
| Russia | 14.2% |
| Rwanda | 33.6% |
| Samoa | 0.0% |
| San Marino | 0.0% |
| Sao Tome and Principe | 0.0% |
| Saudi Arabia | 12.2% |
| Senegal | 67.4% |
| Serbia | 14.2% |
| Seychelles | 0.0% |
| Sierra Leone | 71.4% |
| Singapore | 1.3% |
| Slovakia | 2.1% |
| Slovenia | 3.3% |

C06715932

## F1 Adjusted Refusal Rates by Nationality: FY 2018

| Nationality | Adjusted Refusal Rate |
|---|---|
| Solomon Islands | -33.3% |
| Somalia | 37.2% |
| South Africa | 13.3% |
| South Sudan | 28.1% |
| Spain | 3.4% |
| Sri Lanka | 52.2% |
| St Lucia | 3.1% |
| St. Kitts and Nevis | 18.8% |
| St. Vincent and The Grenadines | 23.5% |
| Sudan | 56.0% |
| Suriname | 0.0% |
| Sweden | 4.6% |
| Switzerland | -0.1% |
| Syria | 74.5% |
| Tajikistan | 55.3% |
| Tanzania | 21.5% |
| Thailand | 40.3% |
| Timor-Leste | 0.0% |
| Togo | 76.3% |
| Tonga | 64.3% |
| Trinidad and Tobago | 15.2% |
| Tunisia | 30.2% |
| Turkey | 42.5% |
| Turkmenistan | 66.5% |
| Turks and Caicos Islands | 36.8% |
| Uganda | 56.6% |
| Ukraine | 43.5% |
| United Arab Emirates | 3.0% |
| Uruguay | 5.1% |
| Uzbekistan | 72.1% |
| Vanuatu | 33.3% |
| Venezuela | 39.1% |
| Vietnam | 43.7% |
| Yemen | 78.6% |
| Zambia | 24.4% |
| Zimbabwe | 31.7% |

*"Non-nationality based issuances" includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.

C06715932

| F1 Adjusted Refusal Rates by Nationality: FY 2018 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate. | |
| Only nationalities that have data available during the indicated fiscal year are listed. | |

C06715935

| F1 Adjusted Refusal Rates by Nationality: FY 2017 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Afghanistan | 75.2% |
| Albania | 44.5% |
| Algeria | 63.6% |
| Andorra | 0.0% |
| Angola | 16.6% |
| Antigua and Barbuda | 15.3% |
| Argentina | 3.6% |
| Armenia | 44.3% |
| Australia | 1.5% |
| Austria | 1.8% |
| Azerbaijan | 37.0% |
| Bahamas, The | 11.2% |
| Bahrain | 9.5% |
| Bangladesh | 53.7% |
| Barbados | 8.3% |
| Belarus | 14.6% |
| Belgium | 1.1% |
| Belize | 8.5% |
| Benin | 76.9% |
| Bermuda | 0.0% |
| Bhutan | 43.8% |
| Bolivia | 11.1% |
| Bosnia-Herzegovina | 4.4% |
| Botswana | 12.5% |
| Brazil | 14.7% |
| British Virgin Islands | 8.7% |
| Brunei | 0.0% |
| Bulgaria | 11.1% |
| Burkina Faso | 79.4% |
| Burma | 6.6% |
| Burundi | 60.2% |
| Cabo Verde | 40.0% |
| Cambodia | 36.5% |
| Cameroon | 75.0% |
| Canada | 9.9% |
| Cayman Islands | 3.1% |
| Central African Republic | 72.5% |
| Chad | 76.8% |
| Chile | 2.7% |
| China - mainland | 13.5% |
| China - Taiwan | 5.2% |

C06715935

| F1 Adjusted Refusal Rates by Nationality: FY 2017 | |
|---|---|
| Nationality | Adjusted Refusal Rate |
| Colombia | 11.8% |
| Comoros | 50.0% |
| Congo, Democratic Republic of the | 72.5% |
| Congo, Republic of the | 70.8% |
| Costa Rica | 1.6% |
| Cote D`Ivoire | 54.2% |
| Croatia | 1.8% |
| Cuba | 57.9% |
| Cyprus | 0.0% |
| Czech Republic | 1.4% |
| Denmark | 0.3% |
| Djibouti | 81.0% |
| Dominica | 12.9% |
| Dominican Republic | 26.8% |
| Ecuador | 14.6% |
| Egypt | 38.5% |
| El Salvador | 8.6% |
| Equatorial Guinea | 9.6% |
| Eritrea | 81.7% |
| Estonia | 14.3% |
| Eswatini | 3.2% |
| Ethiopia | 59.4% |
| Fiji | 8.7% |
| Finland | 0.9% |
| France | 2.1% |
| Gabon | 42.7% |
| Gambia, The | 90.7% |
| Georgia | 20.9% |
| Germany | 1.2% |
| Ghana | 62.8% |
| Gibraltar | 0.0% |
| Great Britain and Northern Ireland | 4.4% |
| Greece | 5.1% |
| Grenada | 26.2% |
| Guatemala | 11.6% |
| Guinea | 88.3% |
| Guinea - Bissau | 68.8% |
| Guyana | 11.3% |
| Haiti | 64.0% |
| Honduras | 7.2% |
| British National (Hong Kong) Overseas Passport | 2.6% |

C06715935

## F1 Adjusted Refusal Rates by Nationality: FY 2017

| Nationality | Adjusted Refusal Rate |
|---|---|
| Hong Kong S. A. R. | 4.4% |
| Hungary | 3.4% |
| Iceland | 0.4% |
| India | 42.6% |
| Indonesia | 10.4% |
| Iran | 45.1% |
| Iraq | 75.1% |
| Ireland | 3.3% |
| Israel | 3.9% |
| Italy | 6.8% |
| Jamaica | 13.5% |
| Japan | 1.9% |
| Jordan | 63.0% |
| Kazakhstan | 32.1% |
| Kenya | 41.3% |
| Kiribati | 20.0% |
| Korea, South | 6.6% |
| Kosovo | 38.4% |
| Kuwait | 10.5% |
| Kyrgyzstan | 61.2% |
| Laos | 29.2% |
| Latvia | 6.7% |
| Lebanon | 28.4% |
| Lesotho | 15.4% |
| Liberia | 57.7% |
| Libya | 64.5% |
| Liechtenstein | 0.0% |
| Lithuania | 13.0% |
| Luxembourg | 1.7% |
| Macau | 9.4% |
| Macedonia | 20.0% |
| Madagascar | 28.3% |
| Malawi | 31.3% |
| Malaysia | 2.2% |
| Maldives | 42.9% |
| Mali | 83.9% |
| Malta | 0.0% |
| Mauritania | 78.6% |
| Mauritius | 3.5% |
| Mexico | 5.3% |
| Moldova | 34.5% |

C06715935

| F1 Adjusted Refusal Rates by Nationality: FY 2017 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Monaco | 11.1% |
| Mongolia | 70.7% |
| Montenegro | 8.5% |
| Morocco | 56.9% |
| Mozambique | 7.0% |
| Namibia | 7.8% |
| Nepal | 77.2% |
| Netherlands | 3.0% |
| New Zealand | 1.4% |
| Nicaragua | 14.4% |
| Niger | 55.4% |
| Nigeria | 63.6% |
| *Non-Nationality Based Issuances | 38.1% |
| Norway | 1.0% |
| Oman | 3.4% |
| Pakistan | 59.0% |
| Palestinian Authority Travel Document | 65.6% |
| Panama | 0.7% |
| Papua New Guinea | 12.2% |
| Paraguay | 1.3% |
| Peru | 21.7% |
| Philippines | 29.9% |
| Poland | 6.1% |
| Portugal | 4.5% |
| Qatar | 7.5% |
| Republic of The Marshall Islands | 0.0% |
| Romania | 11.1% |
| Russia | 11.1% |
| Rwanda | 38.2% |
| Samoa | 14.3% |
| San Marino | 20.0% |
| Sao Tome and Principe | 0.0% |
| Saudi Arabia | 8.3% |
| Senegal | 67.2% |
| Serbia | 10.2% |
| Serbia and Montenegro | 100.0% |
| Seychelles | 0.0% |
| Sierra Leone | 57.4% |
| Singapore | 1.3% |
| Slovakia | 6.9% |
| Slovenia | 0.7% |

C06715935

| F1 Adjusted Refusal Rates by Nationality: FY 2017 | |
|---|---|
| Nationality | Adjusted Refusal Rate |
| Solomon Islands | 50.0% |
| Somalia | 64.4% |
| South Africa | 8.4% |
| South Sudan | 43.7% |
| Spain | 3.9% |
| Sri Lanka | 30.9% |
| St Lucia | 10.6% |
| St. Kitts and Nevis | 15.2% |
| St. Vincent and The Grenadines | 6.7% |
| Sudan | 56.3% |
| Suriname | 4.3% |
| Sweden | 4.6% |
| Switzerland | 1.3% |
| Syria | 63.9% |
| Tajikistan | 62.4% |
| Tanzania | 21.3% |
| Thailand | 28.0% |
| Timor-Leste | 0.0% |
| Togo | 76.1% |
| Tonga | 56.7% |
| Trinidad and Tobago | 11.4% |
| Tunisia | 24.3% |
| Turkey | 35.2% |
| Turkmenistan | 58.9% |
| Turks and Caicos Islands | 14.3% |
| Uganda | 39.1% |
| Ukraine | 35.8% |
| United Arab Emirates | 4.1% |
| Uruguay | 3.6% |
| Uzbekistan | 53.4% |
| Vanuatu | 0.0% |
| Venezuela | 35.7% |
| Vietnam | 50.2% |
| Yemen | 65.7% |
| Zambia | 30.5% |
| Zimbabwe | 27.5% |

*"Non-nationality based issuances" includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.

C06715935

| F1 Adjusted Refusal Rates by Nationality: FY 2017 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate. | |
| Only nationalities that have data available during the indicated fiscal year are listed. | |

C06715943

| F1 Adjusted Refusal Rates by Nationality: FY 2016 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Afghanistan | 70.1% |
| Albania | 45.8% |
| Algeria | 49.3% |
| Andorra | 0.0% |
| Angola | 19.2% |
| Anguilla | 0.0% |
| Antigua & Barbuda | 9.3% |
| Argentina | 2.3% |
| Armenia | 53.7% |
| Australia | 1.0% |
| Austria | 1.3% |
| Azerbaijan | 17.8% |
| Bahamas, The | 11.7% |
| Bahrain | 7.4% |
| Bangladesh | 65.3% |
| Barbados | 1.8% |
| Belarus | 13.5% |
| Belgium | 0.8% |
| Belize | 9.1% |
| Benin | 72.0% |
| Bermuda | 21.3% |
| Bhutan | 59.0% |
| Bolivia | 12.0% |
| Bosnia-Herzegovina | 9.2% |
| Botswana | 5.7% |
| Brazil | 14.1% |
| British Virgin Islands | 5.7% |
| Brunei | 0.0% |
| Bulgaria | 13.5% |
| Burkina Faso | 63.4% |
| Burma | 9.2% |
| Burundi | 67.9% |
| Cabo Verde | 19.0% |
| Cambodia | 32.8% |
| Cameroon | 59.4% |
| Canada | 6.4% |
| Cayman Islands | 4.7% |
| Central African Republic | 66.7% |
| Chad | 63.9% |
| Chile | 1.1% |
| China - mainland | 11.7% |
| China - Taiwan | 2.4% |
| Colombia | 9.7% |

C06715943

## F1 Adjusted Refusal Rates by Nationality: FY 2016

| Nationality | Adjusted Refusal Rate |
|---|---|
| Comoros | 100.0% |
| Congo, Democratic Republic of the | 66.7% |
| Congo, Republic of the | 71.1% |
| Costa Rica | 2.2% |
| Cote D'Ivoire | 54.7% |
| Croatia | 10.6% |
| Cuba | 31.2% |
| Cyprus | 1.6% |
| Czech Republic | 2.8% |
| Denmark | 0.4% |
| Djibouti | 75.0% |
| Dominica | 7.0% |
| Dominican Republic | 21.1% |
| Ecuador | 10.5% |
| Egypt | 37.6% |
| El Salvador | 17.4% |
| Equatorial Guinea | 4.9% |
| Eritrea | 70.3% |
| Estonia | 25.7% |
| Eswatini | 3.8% |
| Ethiopia | 40.8% |
| Fiji | 14.8% |
| Finland | 0.0% |
| France | 2.1% |
| Gabon | 30.1% |
| Gambia, The | 87.2% |
| Georgia | 29.9% |
| Germany | 1.7% |
| Ghana | 70.2% |
| Gibraltar | 50.0% |
| Great Britain & Northern Ireland | 3.7% |
| Greece | 7.3% |
| Grenada | 14.7% |
| Guatemala | 17.7% |
| Guinea | 81.7% |
| Guinea-Bissau | 55.6% |
| Guyana | 8.6% |
| Haiti | 60.3% |
| Honduras | 8.2% |
| British National (Hong Kong) Overseas Passport | 3.8% |
| Hong Kong S A R | 5.8% |
| Hungary | 9.1% |
| Iceland | 0.0% |

C06715943

| F1 Adjusted Refusal Rates by Nationality: FY 2016 | |
|---|---|
| Nationality | Adjusted Refusal Rate |
| India | 49.5% |
| Indonesia | 6.5% |
| Iran | 51.1% |
| Iraq | 68.5% |
| Ireland | 1.6% |
| Israel | 3.4% |
| Italy | 5.3% |
| Jamaica | 4.9% |
| Japan | 2.7% |
| Jordan | 63.8% |
| Kazakhstan | 27.4% |
| Kenya | 41.0% |
| Kiribati | 0.0% |
| Korea, South | 8.0% |
| Kosovo | 37.4% |
| Kuwait | 7.2% |
| Kyrgyzstan | 60.2% |
| Laos | 29.8% |
| Latvia | 9.0% |
| Lebanon | 29.1% |
| Lesotho | 7.7% |
| Liberia | 66.5% |
| Libya | 71.8% |
| Liechtenstein | 0.0% |
| Lithuania | 9.8% |
| Luxembourg | 1.4% |
| Macau | 9.6% |
| Macedonia | 25.6% |
| Madagascar | 13.5% |
| Malawi | 6.8% |
| Malaysia | 2.0% |
| Maldives | 40.0% |
| Mali | 79.5% |
| Malta | 11.1% |
| Mauritania | 84.3% |
| Mauritius | 0.0% |
| Mexico | 3.9% |
| Moldova | 32.6% |
| Monaco | 0.0% |
| Mongolia | 63.4% |
| Montenegro | 11.1% |
| Montserrat | 0.0% |
| Morocco | 52.8% |

C06715943

| F1 Adjusted Refusal Rates by Nationality: FY 2016 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Mozambique | 9.1% |
| Namibia | 3.9% |
| Nepal | 70.7% |
| Netherlands | 3.2% |
| New Zealand | 0.8% |
| Nicaragua | 11.5% |
| Niger | 27.4% |
| Nigeria | 57.0% |
| *Non-Nationality Based Issuances | 39.5% |
| Norway | 2.7% |
| Oman | 0.7% |
| Pakistan | 57.0% |
| Palestinian Authority Travel Document | 59.3% |
| Panama | 1.8% |
| Papua New Guinea | 8.5% |
| Paraguay | 3.7% |
| Peru | 18.8% |
| Philippines | 27.1% |
| Poland | 5.6% |
| Portugal | 2.9% |
| Qatar | 2.8% |
| Republic of The Marshall Islands | 33.3% |
| Romania | 8.2% |
| Russia | 8.0% |
| Rwanda | 39.3% |
| Samoa | 0.0% |
| San Marino | 50.0% |
| Sao Tome and Principe | 0.0% |
| Saudi Arabia | 5.7% |
| Senegal | 64.3% |
| Serbia | 7.0% |
| Seychelles | 0.0% |
| Sierra Leone | 54.3% |
| Singapore | 1.9% |
| Slovakia | 1.6% |
| Slovenia | 0.8% |
| Solomon Islands | 0.0% |
| Somalia | 51.9% |
| South Africa | 9.2% |
| South Sudan | 26.9% |
| Spain | 2.4% |
| Sri Lanka | 33.1% |
| St Lucia | 12.2% |

C06715943

## F1 Adjusted Refusal Rates by Nationality: FY 2016

| Nationality | Adjusted Refusal Rate |
|---|---|
| St. Kitts and Nevis | 25.3% |
| St. Vincent and The Grenadines | 16.3% |
| Sudan | 37.7% |
| Suriname | 0.0% |
| Sweden | 3.3% |
| Switzerland | 0.4% |
| Syria | 64.6% |
| Tajikistan | 60.3% |
| Tanzania | 35.8% |
| Thailand | 24.4% |
| Timor-Leste | 0.0% |
| Togo | 53.3% |
| Tonga | 20.0% |
| Trinidad and Tobago | 10.9% |
| Tunisia | 28.4% |
| Turkey | 30.0% |
| Turkmenistan | 52.3% |
| Turks and Caicos Islands | 36.0% |
| Uganda | 30.6% |
| Ukraine | 45.9% |
| United Arab Emirates | 2.7% |
| Uruguay | 2.4% |
| Uzbekistan | 61.3% |
| Vanuatu | 66.7% |
| Venezuela | 17.1% |
| Vietnam | 59.7% |
| Yemen | 63.7% |
| Zambia | 37.6% |
| Zimbabwe | 28.6% |

*"Non-nationality based issuances" includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.

The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate.

Only nationalities that have data available during the indicated fiscal year are listed.

C06715953

## F1 Adjusted Refusal Rates by Nationality: FY 2015

| Nationality | Adjusted Refusal Rate |
|---|---|
| Afghanistan | 59.2% |
| Albania | 38.7% |
| Algeria | 41.5% |
| Andorra | 0.0% |
| Angola | 16.0% |
| Anguilla | 0.0% |
| Antigua & Barbuda | 20.2% |
| Argentina | 2.4% |
| Armenia | 42.9% |
| Australia | 1.3% |
| Austria | 1.7% |
| Azerbaijan | 36.4% |
| Bahamas, The | 14.0% |
| Bahrain | 5.4% |
| Bangladesh | 63.8% |
| Barbados | 3.6% |
| Belarus | 12.2% |
| Belgium | 1.2% |
| Belize | 7.8% |
| Benin | 50.8% |
| Bermuda | 8.3% |
| Bhutan | 43.9% |
| Bolivia | 6.3% |
| Bosnia-Herzegovina | 4.5% |
| Botswana | 10.5% |
| Brazil | 7.4% |
| British Virgin Islands | 8.2% |
| Brunei | 4.3% |
| Bulgaria | 17.1% |
| Burkina Faso | 48.9% |
| Burma | 14.7% |
| Burundi | 63.6% |
| Cabo Verde | 1.7% |
| Cambodia | 47.7% |
| Cameroon | 60.8% |
| Canada | 6.9% |
| Cayman Islands | 0.0% |
| Central African Republic | 63.6% |
| Chad | 74.3% |
| Chile | 0.8% |
| China - mainland | 7.4% |
| China - Taiwan | 5.0% |
| Colombia | 6.7% |

  
C06715953

## F1 Adjusted Refusal Rates by Nationality: FY 2015

| Nationality | Adjusted Refusal Rate |
|---|---|
| Comoros | 100.0% |
| Congo, Democratic Republic of the | 66.3% |
| Congo, Republic of the | 68.6% |
| Costa Rica | 2.5% |
| Cote D'Ivoire | 49.3% |
| Croatia | 3.1% |
| Cuba | 51.0% |
| Cyprus | 0.5% |
| Czech Republic | 1.1% |
| Denmark | 0.8% |
| Djibouti | 69.2% |
| Dominica | 4.4% |
| Dominican Republic | 15.3% |
| Ecuador | 7.8% |
| Egypt | 36.8% |
| El Salvador | 11.8% |
| Equatorial Guinea | 28.2% |
| Eritrea | 70.1% |
| Estonia | 14.3% |
| Eswatini | 4.5% |
| Ethiopia | 49.6% |
| Fiji | 5.9% |
| Finland | 0.8% |
| France | 2.7% |
| Gabon | 16.8% |
| Gambia, The | 88.1% |
| Georgia | 35.6% |
| Germany | 1.4% |
| Ghana | 68.1% |
| Gibraltar | 0.0% |
| Great Britain & Northern Ireland | 2.0% |
| Greece | 9.7% |
| Grenada | 13.6% |
| Guatemala | 14.1% |
| Guinea | 73.7% |
| Guinea-Bissau | 81.3% |
| Guyana | 23.8% |
| Haiti | 49.5% |
| Honduras | 6.0% |
| British National (Hong Kong) Overseas Passport | 7.9% |
| Hong Kong S A R | 3.2% |
| Hungary | 18.9% |
| Iceland | 0.0% |

C06715953

## F1 Adjusted Refusal Rates by Nationality: FY 2015

| Nationality | Adjusted Refusal Rate |
|---|---|
| India | 34.2% |
| Indonesia | 5.5% |
| Iran | 36.9% |
| Iraq | 58.1% |
| Ireland | 1.2% |
| Israel | 4.7% |
| Italy | 9.5% |
| Jamaica | 9.4% |
| Japan | 1.4% |
| Jordan | 51.3% |
| Kazakhstan | 19.6% |
| Kenya | 39.7% |
| Kiribati | 0.0% |
| Korea, North | 50.0% |
| Korea, South | 10.7% |
| Kosovo | 40.4% |
| Kuwait | 1.3% |
| Kyrgyzstan | 61.5% |
| Laos | 37.6% |
| Latvia | 10.6% |
| Lebanon | 23.2% |
| Lesotho | 15.0% |
| Liberia | 56.4% |
| Libya | 56.0% |
| Liechtenstein | 0.0% |
| Lithuania | 13.1% |
| Luxembourg | 1.4% |
| Macau | 6.3% |
| Macedonia | 27.9% |
| Madagascar | 15.2% |
| Malawi | 9.3% |
| Malaysia | 2.0% |
| Maldives | 27.3% |
| Mali | 69.4% |
| Malta | 0.0% |
| Mauritania | 75.7% |
| Mauritius | 0.0% |
| Mexico | 3.0% |
| Moldova | 43.6% |
| Monaco | 0.0% |
| Mongolia | 53.6% |
| Montenegro | 7.1% |
| Montserrat | 0.0% |

C06715953

## F1 Adjusted Refusal Rates by Nationality: FY 2015

| Nationality | Adjusted Refusal Rate |
|---|---|
| Morocco | 47.3% |
| Mozambique | 7.7% |
| Namibia | 5.4% |
| Nepal | 58.1% |
| Netherlands | 2.7% |
| New Zealand | 1.1% |
| Nicaragua | 13.0% |
| Niger | 36.6% |
| Nigeria | 53.0% |
| *Non-Nationality Based Issuances | 34.8% |
| Norway | 1.5% |
| Oman | 1.3% |
| Pakistan | 48.0% |
| Palestinian Authority Travel Document | 62.6% |
| Panama | 2.5% |
| Papua New Guinea | 7.6% |
| Paraguay | 4.1% |
| Peru | 9.1% |
| Philippines | 27.5% |
| Poland | 7.3% |
| Portugal | 0.9% |
| Qatar | 3.0% |
| Republic of The Marshall Islands | 33.3% |
| Romania | 14.2% |
| Russia | 8.8% |
| Rwanda | 42.7% |
| Samoa | 0.0% |
| San Marino | 0.0% |
| Saudi Arabia | 5.7% |
| Senegal | 69.5% |
| Serbia | 7.7% |
| Serbia and Montenegro | 0.0% |
| Seychelles | 0.0% |
| Sierra Leone | 59.4% |
| Singapore | 0.8% |
| Slovakia | 5.2% |
| Slovenia | 0.7% |
| Solomon Islands | 0.0% |
| Somalia | 62.9% |
| South Africa | 7.8% |
| South Sudan | 35.9% |
| Spain | 0.9% |
| Sri Lanka | 26.5% |

C06715953

| F1 Adjusted Refusal Rates by Nationality: FY 2015 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| St Lucia | 19.7% |
| St. Kitts and Nevis | 13.8% |
| St. Vincent and The Grenadines | 6.3% |
| Sudan | 45.6% |
| Suriname | 2.5% |
| Sweden | 2.6% |
| Switzerland | 0.9% |
| Syria | 75.5% |
| Tajikistan | 68.3% |
| Tanzania | 17.3% |
| Thailand | 20.0% |
| Timor-Leste | 10.0% |
| Togo | 54.3% |
| Tonga | 53.6% |
| Trinidad and Tobago | 10.0% |
| Tunisia | 25.8% |
| Turkey | 26.6% |
| Turkmenistan | 41.6% |
| Turks and Caicos Islands | 20.0% |
| Tuvalu | 0.0% |
| Uganda | 24.5% |
| Ukraine | 39.1% |
| United Arab Emirates | 5.8% |
| Uruguay | 1.0% |
| Uzbekistan | 51.4% |
| Vanuatu | 0.0% |
| Venezuela | 13.2% |
| Vietnam | 50.1% |
| Yemen | 56.1% |
| Zambia | 33.1% |
| Zimbabwe | 30.3% |

*"Non-nationality based issuances" includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.

The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate.

Only nationalities that have data available during the indicated fiscal year are listed.