# EXHIBIT D



**United States Department of State**

Washington, D.C. 20520

September 16, 2022
Appeal Case No.: A-2022-00371
FOIA Case No.:  F-2022-11858

Leon Fresco, Esq.
Holland and Knight
800 17th Street N.W., Suite 1100
Washington, DC 20006

Email: leon.fresco@hklaw.com

Dear Mr. Fresco:

This is in response to your Freedom of Information Act (FOIA) request (F-2022-11858), dated August 17, 2022, for records pertaining to F1 non-immigrant visa refusal statistics.  Specifically, this letter addresses your appeal, dated August 23, 2022, of the Department of State's denial of expedited processing.  We assigned case number A-2022-00371 to your appeal.

We have considered your appeal of the denial of expedited processing.  Our published regulations regarding expedition, 22 C.F.R. 171.11(f), require a specific showing of a compelling need.  Expedited processing is granted only in the following situations:

   (1) Imminent threat to the life or physical safety of an individual;
   (2) Urgently needed by an individual primarily engaged in disseminating information in order to inform the public concerning actual or alleged Federal Government activity; or
   (3) Impair substantial due process rights or harm substantial humanitarian interests.

Your request and appeal do not meet the established criteria.  Regrettably, I must advise that you have not provided adequate justification for expedited processing and I must uphold the decision to deny expedited processing.  Please be assured that the Department takes its FOIA responsibilities very seriously and we are processing this request in as timely a manner as possible.  All appropriate offices have been advised of your interest in this matter.

In 2007, the Office of Government Information Services (OGIS) was created to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  You may contact OGIS at ogis@nara.gov , by telephone at 202-741-5770 or toll free at 1-877-684-6448, by facsimile at 202-741-5769, or by mail at: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, MD 20740-6001.

This represents the Department's final determination on expedited processing and exhausts all administrative remedies available to you. As you may know, you have the right to seek judicial review of this determination under 5 U.S.C. § 552 (a)(4).

For further communications with this office, please contact FOIAStatus@state.gov and include the case number A-2022-00371.

Sincerely,

Diamonece Hickson
Chief, Litigation and Appeals Branch
Office of Information Programs and Services