# EXHIBIT E



**United States Department of State**

*Washington, D.C.  20520*

April 8, 2019

Case No. F-2018-06587

Mr. Leon Fresco
Holland & Knight LLP
800 17th NW Suite 1100
Washington, DC 20006

Dear Mr. Fresco:

In response to your request dated August 28, 2018, under the Freedom of Information Act (the "FOIA"), 5 U.S.C. § 552, the Department has located four documents responsive to your request. After reviewing these documents, we have determined that all four may be released in full. All released material is enclosed.

Note that this material is responsive to the second option of the request because the first option would require the manual creation of a record, which is outside the scope of the FOIA. Instead, the data provided is from a similar report pulled from a Department database.

If you have any questions, you may contact Assistant United States Attorney, Paul Cirino, at (202) 252-2529 or Paul.Cirino@usdoj.gov. Please be sure to refer to the case number, F-2018-06587, and the civil action number, 19-cv-00282, in all correspondence about this case.

Sincerely,

Susan C. Weetman
Chief, Programs and Policies Division
Office of Information Programs and Services

Enclosures: As stated.

## The Freedom of Information Act (5 USC 552)

### FOIA Exemptions

(b)(1)   Information specifically authorized by an executive order to be kept secret in the interest of national defense or foreign policy. Executive Order 13526 includes the following classification categories:

   1.4(a)  Military plans, systems, or operations
   1.4(b)  Foreign government information
   1.4(c)  Intelligence activities, sources or methods, or cryptology
   1.4(d)  Foreign relations or foreign activities of the US, including confidential sources
   1.4(e)  Scientific, technological, or economic matters relating to national security, including defense against transnational terrorism
   1.4(f)  U.S. Government programs for safeguarding nuclear materials or facilities
   1.4(g)  Vulnerabilities or capabilities of systems, installations, infrastructures, projects, plans, or protection services relating to US national security, including defense against transnational terrorism
   1.4(h)  Weapons of mass destruction

(b)(2)   Related solely to the internal personnel rules and practices of an agency

(b)(3)   Specifically exempted from disclosure by statute (other than 5 USC 552), for example:

| | |
|---|---|
| ARMSEXP | Arms Export Control Act, 50a USC 2411(c) |
| CIA PERS/ORG | Central Intelligence Agency Act of 1949, 50 USC 403(g) |
| EXPORT CONTROL | Export Administration Act of 1979, 50 USC App. Sec. 2411(c) |
| FS ACT | Foreign Service Act of 1980, 22 USC 4004 |
| INA | Immigration and Nationality Act, 8 USC 1202(f), Sec. 222(f) |
| IRAN | Iran Claims Settlement Act, Public Law 99-99, Sec. 505 |

(b)(4)   Trade secrets and confidential commercial or financial information

(b)(5)   Interagency or intra-agency communications forming part of the deliberative process, attorney-client privilege, or attorney work product

(b)(6)   Personal privacy information

(b)(7)   Law enforcement information whose disclosure would:
   (A) interfere with enforcement proceedings
   (B) deprive a person of a fair trial
   (C) constitute an unwarranted invasion of personal privacy
   (D) disclose confidential sources
   (E) disclose investigation techniques
   (F) endanger life or physical safety of an individual

(b)(8)   Prepared by or for a government agency regulating or supervising financial institutions

(b)(9)   Geological and geophysical information and data, including maps, concerning wells

### Other Grounds for Withholding

NR   Material not responsive to a FOIA request excised with the agreement of the requester

C06715932

| F1 Adjusted Refusal Rates by Nationality: FY 2018 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Afghanistan | 75.6% |
| Albania | 32.7% |
| Algeria | 64.3% |
| Andorra | 0.0% |
| Angola | 19.6% |
| Anguilla | 0.0% |
| Antigua and Barbuda | 4.7% |
| Argentina | 3.3% |
| Armenia | 45.5% |
| Australia | 1.6% |
| Austria | 1.8% |
| Azerbaijan | 33.2% |
| Bahamas, The | 20.6% |
| Bahrain | 5.1% |
| Bangladesh | 33.6% |
| Barbados | 2.6% |
| Belarus | 11.5% |
| Belgium | 0.4% |
| Belize | 12.0% |
| Benin | 80.3% |
| Bermuda | 12.5% |
| Bhutan | 54.9% |
| Bolivia | 14.1% |
| Bosnia-Herzegovina | 8.2% |
| Botswana | 7.9% |
| Brazil | 14.5% |
| British Virgin Islands | 0.0% |
| Brunei | 0.0% |
| Bulgaria | 8.9% |
| Burkina Faso | 73.3% |
| Burma | 5.8% |
| Burundi | 59.5% |
| Cabo Verde | 43.9% |
| Cambodia | 28.3% |
| Cameroon | 85.2% |
| Canada | 6.6% |
| Cayman Islands | 4.1% |
| Central African Republic | 70.0% |
| Chad | 80.5% |
| Chile | 2.4% |
| China - mainland | 13.5% |

C06715932

### F1 Adjusted Refusal Rates by Nationality: FY 2018

| Nationality | Adjusted Refusal Rate |
|---|---|
| China - Taiwan | 5.5% |
| Colombia | 19.7% |
| Comoros | 33.3% |
| Congo, Democratic Republic of the | 69.0% |
| Congo, Republic of the | 75.1% |
| Costa Rica | 2.3% |
| Cote D`Ivoire | 54.4% |
| Croatia | 2.6% |
| Cuba | 38.2% |
| Cyprus | 1.1% |
| Czech Republic | 3.5% |
| Denmark | 0.4% |
| Djibouti | 82.1% |
| Dominica | 9.0% |
| Dominican Republic | 28.2% |
| Ecuador | 15.2% |
| Egypt | 37.2% |
| El Salvador | 15.2% |
| Equatorial Guinea | 27.9% |
| Eritrea | 76.2% |
| Estonia | 9.2% |
| Eswatini | 2.2% |
| Ethiopia | 49.2% |
| Fiji | 23.3% |
| Finland | 1.6% |
| France | 3.3% |
| Gabon | 56.7% |
| Gambia, The | 81.9% |
| Georgia | 29.1% |
| Germany | 1.3% |
| Ghana | 47.9% |
| Gibraltar | 0.0% |
| Great Britain and Northern Ireland | 3.8% |
| Greece | 8.0% |
| Grenada | 4.9% |
| Guatemala | 16.8% |
| Guinea | 86.9% |
| Guinea - Bissau | 0.0% |
| Guyana | 10.3% |
| Haiti | 52.5% |
| Honduras | 19.2% |

C06715932

## F1 Adjusted Refusal Rates by Nationality: FY 2018

| Nationality | Adjusted Refusal Rate |
|---|---|
| British National (Hong Kong) Overseas Passport | 3.3% |
| Hong Kong S. A. R. | 7.7% |
| Hungary | 2.3% |
| Iceland | 2.7% |
| India | 35.3% |
| Indonesia | 11.7% |
| Iran | 49.5% |
| Iraq | 67.7% |
| Ireland | 8.3% |
| Israel | 6.7% |
| Italy | 7.0% |
| Jamaica | 18.5% |
| Japan | 2.2% |
| Jordan | 65.4% |
| Kazakhstan | 44.0% |
| Kenya | 43.1% |
| Kiribati | 25.0% |
| Korea, South | 4.1% |
| Kosovo | 25.0% |
| Kuwait | 1.9% |
| Kyrgyzstan | 42.7% |
| Laos | 41.8% |
| Latvia | 8.2% |
| Lebanon | 12.6% |
| Lesotho | 17.4% |
| Liberia | 62.4% |
| Libya | 57.1% |
| Liechtenstein | 0.0% |
| Lithuania | 5.9% |
| Luxembourg | 3.2% |
| Macau | 6.8% |
| Macedonia | 19.4% |
| Madagascar | 14.6% |
| Malawi | 40.5% |
| Malaysia | 3.0% |
| Maldives | 44.4% |
| Mali | 82.2% |
| Malta | 0.0% |
| Mauritania | 72.6% |
| Mauritius | 1.1% |
| Mexico | 6.2% |

C06715932

## F1 Adjusted Refusal Rates by Nationality: FY 2018

| Nationality | Adjusted Refusal Rate |
|---|---|
| Moldova | 30.8% |
| Monaco | 0.0% |
| Mongolia | 66.1% |
| Montenegro | 5.9% |
| Montserrat | 0.0% |
| Morocco | 54.5% |
| Mozambique | 6.0% |
| Namibia | 2.1% |
| Nepal | 79.2% |
| Netherlands | 2.9% |
| New Zealand | 3.1% |
| Nicaragua | 10.6% |
| Niger | 53.1% |
| Nigeria | 76.9% |
| *Non-Nationality Based Issuances | 34.4% |
| Norway | 0.4% |
| Oman | 2.9% |
| Pakistan | 56.5% |
| Palestinian Authority Travel Document | 62.1% |
| Panama | 2.7% |
| Papua New Guinea | 8.5% |
| Paraguay | 2.8% |
| Peru | 24.3% |
| Philippines | 37.4% |
| Poland | 9.1% |
| Portugal | 4.6% |
| Qatar | 10.5% |
| Romania | 6.6% |
| Russia | 14.2% |
| Rwanda | 33.6% |
| Samoa | 0.0% |
| San Marino | 0.0% |
| Sao Tome and Principe | 0.0% |
| Saudi Arabia | 12.2% |
| Senegal | 67.4% |
| Serbia | 14.2% |
| Seychelles | 0.0% |
| Sierra Leone | 71.4% |
| Singapore | 1.3% |
| Slovakia | 2.1% |
| Slovenia | 3.3% |

C06715932

### F1 Adjusted Refusal Rates by Nationality: FY 2018

| Nationality | Adjusted Refusal Rate |
|---|---|
| Solomon Islands | -33.3% |
| Somalia | 37.2% |
| South Africa | 13.3% |
| South Sudan | 28.1% |
| Spain | 3.4% |
| Sri Lanka | 52.2% |
| St Lucia | 3.1% |
| St. Kitts and Nevis | 18.8% |
| St. Vincent and The Grenadines | 23.5% |
| Sudan | 56.0% |
| Suriname | 0.0% |
| Sweden | 4.6% |
| Switzerland | -0.1% |
| Syria | 74.5% |
| Tajikistan | 55.3% |
| Tanzania | 21.5% |
| Thailand | 40.3% |
| Timor-Leste | 0.0% |
| Togo | 76.3% |
| Tonga | 64.3% |
| Trinidad and Tobago | 15.2% |
| Tunisia | 30.2% |
| Turkey | 42.5% |
| Turkmenistan | 66.5% |
| Turks and Caicos Islands | 36.8% |
| Uganda | 56.6% |
| Ukraine | 43.5% |
| United Arab Emirates | 3.0% |
| Uruguay | 5.1% |
| Uzbekistan | 72.1% |
| Vanuatu | 33.3% |
| Venezuela | 39.1% |
| Vietnam | 43.7% |
| Yemen | 78.6% |
| Zambia | 24.4% |
| Zimbabwe | 31.7% |

*"Non-nationality based issuances" includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.

C06715932

### F1 Adjusted Refusal Rates by Nationality: FY 2018

| Nationality | Adjusted Refusal Rate |
| --- | --- |
| The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate. | |
| Only nationalities that have data available during the indicated fiscal year are listed. | |

C06715935

| F1 Adjusted Refusal Rates by Nationality: FY 2017 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Afghanistan | 75.2% |
| Albania | 44.5% |
| Algeria | 63.6% |
| Andorra | 0.0% |
| Angola | 16.6% |
| Antigua and Barbuda | 15.3% |
| Argentina | 3.6% |
| Armenia | 44.3% |
| Australia | 1.5% |
| Austria | 1.8% |
| Azerbaijan | 37.0% |
| Bahamas, The | 11.2% |
| Bahrain | 9.5% |
| Bangladesh | 53.7% |
| Barbados | 8.3% |
| Belarus | 14.6% |
| Belgium | 1.1% |
| Belize | 8.5% |
| Benin | 76.9% |
| Bermuda | 0.0% |
| Bhutan | 43.8% |
| Bolivia | 11.1% |
| Bosnia-Herzegovina | 4.4% |
| Botswana | 12.5% |
| Brazil | 14.7% |
| British Virgin Islands | 8.7% |
| Brunei | 0.0% |
| Bulgaria | 11.1% |
| Burkina Faso | 79.4% |
| Burma | 6.6% |
| Burundi | 60.2% |
| Cabo Verde | 40.0% |
| Cambodia | 36.5% |
| Cameroon | 75.0% |
| Canada | 9.9% |
| Cayman Islands | 3.1% |
| Central African Republic | 72.5% |
| Chad | 76.8% |
| Chile | 2.7% |
| China - mainland | 13.5% |
| China - Taiwan | 5.2% |

C06715935

### F1 Adjusted Refusal Rates by Nationality: FY 2017

| Nationality | Adjusted Refusal Rate |
|---|---|
| Colombia | 11.8% |
| Comoros | 50.0% |
| Congo, Democratic Republic of the | 72.5% |
| Congo, Republic of the | 70.8% |
| Costa Rica | 1.6% |
| Cote D`Ivoire | 54.2% |
| Croatia | 1.8% |
| Cuba | 57.9% |
| Cyprus | 0.0% |
| Czech Republic | 1.4% |
| Denmark | 0.3% |
| Djibouti | 81.0% |
| Dominica | 12.9% |
| Dominican Republic | 26.8% |
| Ecuador | 14.6% |
| Egypt | 38.5% |
| El Salvador | 8.6% |
| Equatorial Guinea | 9.6% |
| Eritrea | 81.7% |
| Estonia | 14.3% |
| Eswatini | 3.2% |
| Ethiopia | 59.4% |
| Fiji | 8.7% |
| Finland | 0.9% |
| France | 2.1% |
| Gabon | 42.7% |
| Gambia, The | 90.7% |
| Georgia | 20.9% |
| Germany | 1.2% |
| Ghana | 62.8% |
| Gibraltar | 0.0% |
| Great Britain and Northern Ireland | 4.4% |
| Greece | 5.1% |
| Grenada | 26.2% |
| Guatemala | 11.6% |
| Guinea | 88.3% |
| Guinea - Bissau | 68.8% |
| Guyana | 11.3% |
| Haiti | 64.0% |
| Honduras | 7.2% |
| British National (Hong Kong) Overseas Passport | 2.6% |

C06715935

## F1 Adjusted Refusal Rates by Nationality: FY 2017

| Nationality | Adjusted Refusal Rate |
|---|---|
| Hong Kong S. A. R. | 4.4% |
| Hungary | 3.4% |
| Iceland | 0.4% |
| India | 42.6% |
| Indonesia | 10.4% |
| Iran | 45.1% |
| Iraq | 75.1% |
| Ireland | 3.3% |
| Israel | 3.9% |
| Italy | 6.8% |
| Jamaica | 13.5% |
| Japan | 1.9% |
| Jordan | 63.0% |
| Kazakhstan | 32.1% |
| Kenya | 41.3% |
| Kiribati | 20.0% |
| Korea, South | 6.6% |
| Kosovo | 38.4% |
| Kuwait | 10.5% |
| Kyrgyzstan | 61.2% |
| Laos | 29.2% |
| Latvia | 6.7% |
| Lebanon | 28.4% |
| Lesotho | 15.4% |
| Liberia | 57.7% |
| Libya | 64.5% |
| Liechtenstein | 0.0% |
| Lithuania | 13.0% |
| Luxembourg | 1.7% |
| Macau | 9.4% |
| Macedonia | 20.0% |
| Madagascar | 28.3% |
| Malawi | 31.3% |
| Malaysia | 2.2% |
| Maldives | 42.9% |
| Mali | 83.9% |
| Malta | 0.0% |
| Mauritania | 78.6% |
| Mauritius | 3.5% |
| Mexico | 5.3% |
| Moldova | 34.5% |

C06715935

### F1 Adjusted Refusal Rates by Nationality: FY 2017

| Nationality | Adjusted Refusal Rate |
| --- | --- |
| Monaco | 11.1% |
| Mongolia | 70.7% |
| Montenegro | 8.5% |
| Morocco | 56.9% |
| Mozambique | 7.0% |
| Namibia | 7.8% |
| Nepal | 77.2% |
| Netherlands | 3.0% |
| New Zealand | 1.4% |
| Nicaragua | 14.4% |
| Niger | 55.4% |
| Nigeria | 63.6% |
| *Non-Nationality Based Issuances | 38.1% |
| Norway | 1.0% |
| Oman | 3.4% |
| Pakistan | 59.0% |
| Palestinian Authority Travel Document | 65.6% |
| Panama | 0.7% |
| Papua New Guinea | 12.2% |
| Paraguay | 1.3% |
| Peru | 21.7% |
| Philippines | 29.9% |
| Poland | 6.1% |
| Portugal | 4.5% |
| Qatar | 7.5% |
| Republic of The Marshall Islands | 0.0% |
| Romania | 11.1% |
| Russia | 11.1% |
| Rwanda | 38.2% |
| Samoa | 14.3% |
| San Marino | 20.0% |
| Sao Tome and Principe | 0.0% |
| Saudi Arabia | 8.3% |
| Senegal | 67.2% |
| Serbia | 10.2% |
| Serbia and Montenegro | 100.0% |
| Seychelles | 0.0% |
| Sierra Leone | 57.4% |
| Singapore | 1.3% |
| Slovakia | 6.9% |
| Slovenia | 0.7% |

C06715935

| F1 Adjusted Refusal Rates by Nationality: FY 2017 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Solomon Islands | 50.0% |
| Somalia | 64.4% |
| South Africa | 8.4% |
| South Sudan | 43.7% |
| Spain | 3.9% |
| Sri Lanka | 30.9% |
| St Lucia | 10.6% |
| St. Kitts and Nevis | 15.2% |
| St. Vincent and The Grenadines | 6.7% |
| Sudan | 56.3% |
| Suriname | 4.3% |
| Sweden | 4.6% |
| Switzerland | 1.3% |
| Syria | 63.9% |
| Tajikistan | 62.4% |
| Tanzania | 21.3% |
| Thailand | 28.0% |
| Timor-Leste | 0.0% |
| Togo | 76.1% |
| Tonga | 56.7% |
| Trinidad and Tobago | 11.4% |
| Tunisia | 24.3% |
| Turkey | 35.2% |
| Turkmenistan | 58.9% |
| Turks and Caicos Islands | 14.3% |
| Uganda | 39.1% |
| Ukraine | 35.8% |
| United Arab Emirates | 4.1% |
| Uruguay | 3.6% |
| Uzbekistan | 53.4% |
| Vanuatu | 0.0% |
| Venezuela | 35.7% |
| Vietnam | 50.2% |
| Yemen | 65.7% |
| Zambia | 30.5% |
| Zimbabwe | 27.5% |

*"Non-nationality based issuances" includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.

C06715935

| F1 Adjusted Refusal Rates by Nationality: FY 2017 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate. | |
| Only nationalities that have data available during the indicated fiscal year are listed. | |

C06715943

## F1 Adjusted Refusal Rates by Nationality: FY 2016

| Nationality | Adjusted Refusal Rate |
|---|---|
| Afghanistan | 70.1% |
| Albania | 45.8% |
| Algeria | 49.3% |
| Andorra | 0.0% |
| Angola | 19.2% |
| Anguilla | 0.0% |
| Antigua & Barbuda | 9.3% |
| Argentina | 2.3% |
| Armenia | 53.7% |
| Australia | 1.0% |
| Austria | 1.3% |
| Azerbaijan | 17.8% |
| Bahamas, The | 11.7% |
| Bahrain | 7.4% |
| Bangladesh | 65.3% |
| Barbados | 1.8% |
| Belarus | 13.5% |
| Belgium | 0.8% |
| Belize | 9.1% |
| Benin | 72.0% |
| Bermuda | 21.3% |
| Bhutan | 59.0% |
| Bolivia | 12.0% |
| Bosnia-Herzegovina | 9.2% |
| Botswana | 5.7% |
| Brazil | 14.1% |
| British Virgin Islands | 5.7% |
| Brunei | 0.0% |
| Bulgaria | 13.5% |
| Burkina Faso | 63.4% |
| Burma | 9.2% |
| Burundi | 67.9% |
| Cabo Verde | 19.0% |
| Cambodia | 32.8% |
| Cameroon | 59.4% |
| Canada | 6.4% |
| Cayman Islands | 4.7% |
| Central African Republic | 66.7% |
| Chad | 63.9% |
| Chile | 1.1% |
| China - mainland | 11.7% |
| China - Taiwan | 2.4% |
| Colombia | 9.7% |

C06715943

| F1 Adjusted Refusal Rates by Nationality: FY 2016 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Comoros | 100.0% |
| Congo, Democratic Republic of the | 66.7% |
| Congo, Republic of the | 71.1% |
| Costa Rica | 2.2% |
| Cote D'Ivoire | 54.7% |
| Croatia | 10.6% |
| Cuba | 31.2% |
| Cyprus | 1.6% |
| Czech Republic | 2.8% |
| Denmark | 0.4% |
| Djibouti | 75.0% |
| Dominica | 7.0% |
| Dominican Republic | 21.1% |
| Ecuador | 10.5% |
| Egypt | 37.6% |
| El Salvador | 17.4% |
| Equatorial Guinea | 4.9% |
| Eritrea | 70.3% |
| Estonia | 25.7% |
| Eswatini | 3.8% |
| Ethiopia | 40.8% |
| Fiji | 14.8% |
| Finland | 0.0% |
| France | 2.1% |
| Gabon | 30.1% |
| Gambia, The | 87.2% |
| Georgia | 29.9% |
| Germany | 1.7% |
| Ghana | 70.2% |
| Gibraltar | 50.0% |
| Great Britain & Northern Ireland | 3.7% |
| Greece | 7.3% |
| Grenada | 14.7% |
| Guatemala | 17.7% |
| Guinea | 81.7% |
| Guinea-Bissau | 55.6% |
| Guyana | 8.6% |
| Haiti | 60.3% |
| Honduras | 8.2% |
| British National (Hong Kong) Overseas Passport | 3.8% |
| Hong Kong S A R | 5.8% |
| Hungary | 9.1% |
| Iceland | 0.0% |

C06715943

| F1 Adjusted Refusal Rates by Nationality: FY 2016 ||
|---|---|
| Nationality | Adjusted Refusal Rate |
| India | 49.5% |
| Indonesia | 6.5% |
| Iran | 51.1% |
| Iraq | 68.5% |
| Ireland | 1.6% |
| Israel | 3.4% |
| Italy | 5.3% |
| Jamaica | 4.9% |
| Japan | 2.7% |
| Jordan | 63.8% |
| Kazakhstan | 27.4% |
| Kenya | 41.0% |
| Kiribati | 0.0% |
| Korea, South | 8.0% |
| Kosovo | 37.4% |
| Kuwait | 7.2% |
| Kyrgyzstan | 60.2% |
| Laos | 29.8% |
| Latvia | 9.0% |
| Lebanon | 29.1% |
| Lesotho | 7.7% |
| Liberia | 66.5% |
| Libya | 71.8% |
| Liechtenstein | 0.0% |
| Lithuania | 9.8% |
| Luxembourg | 1.4% |
| Macau | 9.6% |
| Macedonia | 25.6% |
| Madagascar | 13.5% |
| Malawi | 6.8% |
| Malaysia | 2.0% |
| Maldives | 40.0% |
| Mali | 79.5% |
| Malta | 11.1% |
| Mauritania | 84.3% |
| Mauritius | 0.0% |
| Mexico | 3.9% |
| Moldova | 32.6% |
| Monaco | 0.0% |
| Mongolia | 63.4% |
| Montenegro | 11.1% |
| Montserrat | 0.0% |
| Morocco | 52.8% |

C06715943

| F1 Adjusted Refusal Rates by Nationality: FY 2016 | |
|---|---|
| Nationality | Adjusted Refusal Rate |
| Mozambique | 9.1% |
| Namibia | 3.9% |
| Nepal | 70.7% |
| Netherlands | 3.2% |
| New Zealand | 0.8% |
| Nicaragua | 11.5% |
| Niger | 27.4% |
| Nigeria | 57.0% |
| *Non-Nationality Based Issuances | 39.5% |
| Norway | 2.7% |
| Oman | 0.7% |
| Pakistan | 57.0% |
| Palestinian Authority Travel Document | 59.3% |
| Panama | 1.8% |
| Papua New Guinea | 8.5% |
| Paraguay | 3.7% |
| Peru | 18.8% |
| Philippines | 27.1% |
| Poland | 5.6% |
| Portugal | 2.9% |
| Qatar | 2.8% |
| Republic of The Marshall Islands | 33.3% |
| Romania | 8.2% |
| Russia | 8.0% |
| Rwanda | 39.3% |
| Samoa | 0.0% |
| San Marino | 50.0% |
| Sao Tome and Principe | 0.0% |
| Saudi Arabia | 5.7% |
| Senegal | 64.3% |
| Serbia | 7.0% |
| Seychelles | 0.0% |
| Sierra Leone | 54.3% |
| Singapore | 1.9% |
| Slovakia | 1.6% |
| Slovenia | 0.8% |
| Solomon Islands | 0.0% |
| Somalia | 51.9% |
| South Africa | 9.2% |
| South Sudan | 26.9% |
| Spain | 2.4% |
| Sri Lanka | 33.1% |
| St Lucia | 12.2% |

C06715943

## F1 Adjusted Refusal Rates by Nationality: FY 2016

| Nationality | Adjusted Refusal Rate |
|---|---:|
| St. Kitts and Nevis | 25.3% |
| St. Vincent and The Grenadines | 16.3% |
| Sudan | 37.7% |
| Suriname | 0.0% |
| Sweden | 3.3% |
| Switzerland | 0.4% |
| Syria | 64.6% |
| Tajikistan | 60.3% |
| Tanzania | 35.8% |
| Thailand | 24.4% |
| Timor-Leste | 0.0% |
| Togo | 53.3% |
| Tonga | 20.0% |
| Trinidad and Tobago | 10.9% |
| Tunisia | 28.4% |
| Turkey | 30.0% |
| Turkmenistan | 52.3% |
| Turks and Caicos Islands | 36.0% |
| Uganda | 30.6% |
| Ukraine | 45.9% |
| United Arab Emirates | 2.7% |
| Uruguay | 2.4% |
| Uzbekistan | 61.3% |
| Vanuatu | 66.7% |
| Venezuela | 17.1% |
| Vietnam | 59.7% |
| Yemen | 63.7% |
| Zambia | 37.6% |
| Zimbabwe | 28.6% |

*"Non-nationality based issuances" includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.

The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate.

Only nationalities that have data available during the indicated fiscal year are listed.

C06715953

## F1 Adjusted Refusal Rates by Nationality: FY 2015

| Nationality | Adjusted Refusal Rate |
|---|---|
| Afghanistan | 59.2% |
| Albania | 38.7% |
| Algeria | 41.5% |
| Andorra | 0.0% |
| Angola | 16.0% |
| Anguilla | 0.0% |
| Antigua & Barbuda | 20.2% |
| Argentina | 2.4% |
| Armenia | 42.9% |
| Australia | 1.3% |
| Austria | 1.7% |
| Azerbaijan | 36.4% |
| Bahamas, The | 14.0% |
| Bahrain | 5.4% |
| Bangladesh | 63.8% |
| Barbados | 3.6% |
| Belarus | 12.2% |
| Belgium | 1.2% |
| Belize | 7.8% |
| Benin | 50.8% |
| Bermuda | 8.3% |
| Bhutan | 43.9% |
| Bolivia | 6.3% |
| Bosnia-Herzegovina | 4.5% |
| Botswana | 10.5% |
| Brazil | 7.4% |
| British Virgin Islands | 8.2% |
| Brunei | 4.3% |
| Bulgaria | 17.1% |
| Burkina Faso | 48.9% |
| Burma | 14.7% |
| Burundi | 63.6% |
| Cabo Verde | 1.7% |
| Cambodia | 47.7% |
| Cameroon | 60.8% |
| Canada | 6.9% |
| Cayman Islands | 0.0% |
| Central African Republic | 63.6% |
| Chad | 74.3% |
| Chile | 0.8% |
| China - mainland | 7.4% |
| China - Taiwan | 5.0% |
| Colombia | 6.7% |

C06715953

## F1 Adjusted Refusal Rates by Nationality: FY 2015

| Nationality | Adjusted Refusal Rate |
|---|---|
| Comoros | 100.0% |
| Congo, Democratic Republic of the | 66.3% |
| Congo, Republic of the | 68.6% |
| Costa Rica | 2.5% |
| Cote D'Ivoire | 49.3% |
| Croatia | 3.1% |
| Cuba | 51.0% |
| Cyprus | 0.5% |
| Czech Republic | 1.1% |
| Denmark | 0.8% |
| Djibouti | 69.2% |
| Dominica | 4.4% |
| Dominican Republic | 15.3% |
| Ecuador | 7.8% |
| Egypt | 36.8% |
| El Salvador | 11.8% |
| Equatorial Guinea | 28.2% |
| Eritrea | 70.1% |
| Estonia | 14.3% |
| Eswatini | 4.5% |
| Ethiopia | 49.6% |
| Fiji | 5.9% |
| Finland | 0.8% |
| France | 2.7% |
| Gabon | 16.8% |
| Gambia, The | 88.1% |
| Georgia | 35.6% |
| Germany | 1.4% |
| Ghana | 68.1% |
| Gibraltar | 0.0% |
| Great Britain & Northern Ireland | 2.0% |
| Greece | 9.7% |
| Grenada | 13.6% |
| Guatemala | 14.1% |
| Guinea | 73.7% |
| Guinea-Bissau | 81.3% |
| Guyana | 23.8% |
| Haiti | 49.5% |
| Honduras | 6.0% |
| British National (Hong Kong) Overseas Passport | 7.9% |
| Hong Kong S A R | 3.2% |
| Hungary | 18.9% |
| Iceland | 0.0% |

C06715953

### F1 Adjusted Refusal Rates by Nationality: FY 2015

| Nationality | Adjusted Refusal Rate |
|---|---|
| India | 34.2% |
| Indonesia | 5.5% |
| Iran | 36.9% |
| Iraq | 58.1% |
| Ireland | 1.2% |
| Israel | 4.7% |
| Italy | 9.5% |
| Jamaica | 9.4% |
| Japan | 1.4% |
| Jordan | 51.3% |
| Kazakhstan | 19.6% |
| Kenya | 39.7% |
| Kiribati | 0.0% |
| Korea, North | 50.0% |
| Korea, South | 10.7% |
| Kosovo | 40.4% |
| Kuwait | 1.3% |
| Kyrgyzstan | 61.5% |
| Laos | 37.6% |
| Latvia | 10.6% |
| Lebanon | 23.2% |
| Lesotho | 15.0% |
| Liberia | 56.4% |
| Libya | 56.0% |
| Liechtenstein | 0.0% |
| Lithuania | 13.1% |
| Luxembourg | 1.4% |
| Macau | 6.3% |
| Macedonia | 27.9% |
| Madagascar | 15.2% |
| Malawi | 9.3% |
| Malaysia | 2.0% |
| Maldives | 27.3% |
| Mali | 69.4% |
| Malta | 0.0% |
| Mauritania | 75.7% |
| Mauritius | 0.0% |
| Mexico | 3.0% |
| Moldova | 43.6% |
| Monaco | 0.0% |
| Mongolia | 53.6% |
| Montenegro | 7.1% |
| Montserrat | 0.0% |

C06715953

| F1 Adjusted Refusal Rates by Nationality: FY 2015 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Morocco | 47.3% |
| Mozambique | 7.7% |
| Namibia | 5.4% |
| Nepal | 58.1% |
| Netherlands | 2.7% |
| New Zealand | 1.1% |
| Nicaragua | 13.0% |
| Niger | 36.6% |
| Nigeria | 53.0% |
| *Non-Nationality Based Issuances | 34.8% |
| Norway | 1.5% |
| Oman | 1.3% |
| Pakistan | 48.0% |
| Palestinian Authority Travel Document | 62.6% |
| Panama | 2.5% |
| Papua New Guinea | 7.6% |
| Paraguay | 4.1% |
| Peru | 9.1% |
| Philippines | 27.5% |
| Poland | 7.3% |
| Portugal | 0.9% |
| Qatar | 3.0% |
| Republic of The Marshall Islands | 33.3% |
| Romania | 14.2% |
| Russia | 8.8% |
| Rwanda | 42.7% |
| Samoa | 0.0% |
| San Marino | 0.0% |
| Saudi Arabia | 5.7% |
| Senegal | 69.5% |
| Serbia | 7.7% |
| Serbia and Montenegro | 0.0% |
| Seychelles | 0.0% |
| Sierra Leone | 59.4% |
| Singapore | 0.8% |
| Slovakia | 5.2% |
| Slovenia | 0.7% |
| Solomon Islands | 0.0% |
| Somalia | 62.9% |
| South Africa | 7.8% |
| South Sudan | 35.9% |
| Spain | 0.9% |
| Sri Lanka | 26.5% |

C06715953

### F1 Adjusted Refusal Rates by Nationality: FY 2015

| Nationality | Adjusted Refusal Rate |
|---|---|
| St Lucia | 19.7% |
| St. Kitts and Nevis | 13.8% |
| St. Vincent and The Grenadines | 6.3% |
| Sudan | 45.6% |
| Suriname | 2.5% |
| Sweden | 2.6% |
| Switzerland | 0.9% |
| Syria | 75.5% |
| Tajikistan | 68.3% |
| Tanzania | 17.3% |
| Thailand | 20.0% |
| Timor-Leste | 10.0% |
| Togo | 54.3% |
| Tonga | 53.6% |
| Trinidad and Tobago | 10.0% |
| Tunisia | 25.8% |
| Turkey | 26.6% |
| Turkmenistan | 41.6% |
| Turks and Caicos Islands | 20.0% |
| Tuvalu | 0.0% |
| Uganda | 24.5% |
| Ukraine | 39.1% |
| United Arab Emirates | 5.8% |
| Uruguay | 1.0% |
| Uzbekistan | 51.4% |
| Vanuatu | 0.0% |
| Venezuela | 13.2% |
| Vietnam | 50.1% |
| Yemen | 56.1% |
| Zambia | 33.1% |
| Zimbabwe | 30.3% |

*"Non-nationality based issuances" includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.

The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate.

Only nationalities that have data available during the indicated fiscal year are listed.



**United States Department of State**

*Washington, D.C.   20520*

July 26, 2021

Case No.  F-2021-02037
FL-2021-00491

Mr. Leon Fresco
Holland & Knight LLP
800 17th NW Suite 1100
Washington, DC 20006

Dear Mr. Fresco:

This letter is in response to your requests dated December 17, 2019 and April 8, 2021, under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  The Department of State has located three responsive records subject to the FOIA.  Upon review, we have determined that all three records may be released in full.  This concludes the processing of your request.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. 552(c).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.  To the extent another agency asserts that it can neither confirm nor deny the existence of certain records, the Department of State will similarly take the position that it neither confirms nor denies the existence of those records.

If you have any questions, your attorney may contact Assistant United States Attorney Stephanie R. Johnson at 202-252-7874 or Stephanie.Johnson5@usdoj.gov.  Please refer to the case number, F-2021-02037/FL-2021-00491, and the civil action number, 21-cv-01490, in all correspondence about this case.

Sincerely,

Jeanne Miller
Chief, Programs and Policies Division
Office of Information Programs and Services

Enclosures:  As stated.

## The Freedom of Information Act (5 USC 552)

### FOIA Exemptions

(b)(1)   Information specifically authorized by an executive order to be kept secret in the interest of national defense or foreign policy.  Executive Order 13526 includes the following classification categories:

    1.4(a)  Military plans, systems, or operations
    1.4(b)  Foreign government information
    1.4(c)  Intelligence activities, sources or methods, or cryptology
    1.4(d)  Foreign relations or foreign activities of the US, including confidential sources
    1.4(e)  Scientific, technological, or economic matters relating to national security,
          including defense against transnational terrorism
    1.4(f)  U.S. Government  programs for safeguarding nuclear materials or facilities
    1.4(g)  Vulnerabilities or capabilities of systems, installations, infrastructures, projects,
          plans, or protection services relating to US national security, including defense
          against transnational terrorism
    1.4(h)  Weapons of mass destruction

(b)(2)   Related solely to the internal personnel rules and practices of an agency

(b)(3)   Specifically exempted from disclosure by statute (other than 5 USC 552), for example:

| | |
|---|---|
| ARMSEXP | Arms Export Control Act, 50a USC 2411(c) |
| CIA PERS/ORG | Central Intelligence Agency Act of 1949, 50 USC 403(g) |
| EXPORT CONTROL | Export Administration Act of 1979, 50 USC App. Sec. 2411(c) |
| FS ACT | Foreign Service Act of 1980, 22 USC 4004 |
| INA | Immigration and Nationality Act, 8 USC 1202(f), Sec. 222(f) |
| IRAN | Iran Claims Settlement Act, Public Law 99-99, Sec. 505 |

(b)(4)   Trade secrets and confidential commercial or financial information

(b)(5)   Interagency or intra-agency communications forming part of the deliberative process, attorney-client privilege, or attorney work product

(b)(6)   Personal privacy information

(b)(7)   Law enforcement information whose disclosure would:
    (A)  interfere with enforcement proceedings
    (B)  deprive a person of a fair trial
    (C)  constitute an unwarranted invasion of personal privacy
    (D)  disclose confidential sources
    (E)  disclose investigation techniques
    (F)  endanger life or physical safety of an individual

(b)(8)   Prepared by or for a government agency regulating or supervising financial institutions

(b)(9)   Geological and geophysical information and data, including maps, concerning wells

### Other Grounds for Withholding

NR   Material not responsive to a FOIA request excised with the agreement of the requester

| F1 Adjusted Refusal Rates by Nationality: FYTD 2021 *(through June 30, 2021)* | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Afghanistan | 60% |
| Albania | 22% |
| Algeria | 31% |
| Andorra | 0% |
| Angola | 48% |
| Antigua and Barbuda | 41% |
| Argentina | 4% |
| Armenia | 42% |
| Australia | 3% |
| Austria | 2% |
| Azerbaijan | 27% |
| Bahamas, The | 5% |
| Bahrain | 17% |
| Bangladesh | 16% |
| Barbados | 6% |
| Belarus | 27% |
| Belgium | 1% |
| Belize | 10% |
| Benin | 45% |
| Bermuda | 0% |
| Bhutan | 5% |
| Bolivia | 13% |
| Bosnia-Herzegovina | 0% |
| Botswana | 19% |
| Brazil | 20% |
| British Virgin Islands | 0% |
| Brunei | 17% |
| Bulgaria | 12% |
| Burkina Faso | 25% |
| Burma | 9% |
| Burundi | 40% |
| Cabo Verde | 38% |
| Cambodia | 33% |
| Cameroon | 70% |
| Canada | 8% |
| Cayman Islands | 15% |
| Central African Republic | 50% |
| Chad | 85% |
| Chile | 13% |
| China - mainland | 16% |
| China - Taiwan | 9% |
| Colombia | 13% |

| | |
|---|---|
| Congo, Democratic Republic of the | 51% |
| Congo, Republic of the | 64% |
| Costa Rica | 7% |
| Cote d'Ivoire | 39% |
| Croatia | 8% |
| Cuba | 77% |
| Cyprus | 8% |
| Czech Republic | 4% |
| Denmark | 2% |
| Djibouti | 81% |
| Dominica | 21% |
| Dominican Republic | 20% |
| Ecuador | 27% |
| Egypt | 32% |
| El Salvador | 19% |
| Equatorial Guinea | 78% |
| Eritrea | 73% |
| Estonia | 12% |
| Eswatini | 0% |
| Ethiopia | 37% |
| Fiji | 38% |
| Finland | 5% |
| France | 5% |
| Gabon | 25% |
| Georgia | 19% |
| Germany | 2% |
| Ghana | 40% |
| Gibraltar | 0% |
| Greece | 6% |
| Grenada | 30% |
| Guatemala | 16% |
| Guinea | 55% |
| Guinea-Bissau | 60% |
| Guyana | 17% |
| Haiti | 83% |
| Honduras | 10% |
| Hong Kong S.A.R. | 4% |
| Hong Kong-BNO | 21% |
| Hungary | 22% |
| Iceland | 0% |
| India | 28% |
| Indonesia | 3% |
| Iran | 60% |
| Iraq | 29% |
| Ireland | 9% |
| Israel | 4% |
| Italy | 4% |

| | |
|---|---|
| Jamaica | 24% |
| Japan | 1% |
| Jordan | 35% |
| Kazakhstan | 70% |
| Kenya | 63% |
| Kiribati | 100% |
| Kosovo | 13% |
| Kuwait | 5% |
| Kyrgyzstan | 50% |
| Laos | 67% |
| Latvia | 15% |
| Lebanon | 31% |
| Lesotho | 9% |
| Liberia | 81% |
| Libya | 58% |
| Liechtenstein | 0% |
| Lithuania | 6% |
| Luxembourg | 0% |
| Macau S.A.R. | 5% |
| Madagascar | 25% |
| Malawi | 27% |
| Malaysia | 3% |
| Maldives | 0% |
| Mali | 52% |
| Malta | 0% |
| Mauritania | 82% |
| Mauritius | 3% |
| Mexico | 4% |
| Moldova | 48% |
| Monaco | 0% |
| Mongolia | 30% |
| Montenegro | 20% |
| Montserrat | 0% |
| Morocco | 44% |
| Mozambique | 14% |
| Namibia | 7% |
| Nepal | 26% |
| Netherlands | 4% |
| New Zealand | 1% |
| Nicaragua | 16% |
| Niger | 46% |
| Nigeria | 57% |
| No Nationality | 60% |
| North Macedonia | 9% |
| Norway | 2% |
| Oman | 11% |
| Pakistan | 50% |

| | |
|---|---|
| Palestinian Authority Travel Document | 54% |
| Panama | 5% |
| Papua New Guinea | 10% |
| Paraguay | 5% |
| Peru | 13% |
| Philippines | 30% |
| Poland | 6% |
| Portugal | 7% |
| Qatar | 28% |
| Romania | 9% |
| Russia | 25% |
| Rwanda | 59% |
| Saint Kitts and Nevis | 16% |
| Saint Lucia | 17% |
| Saint Vincent and the Grenadines | 40% |
| Samoa | 0% |
| San Marino | 0% |
| Saudi Arabia | 19% |
| Senegal | 55% |
| Serbia | 8% |
| Seychelles | 25% |
| Sierra Leone | 65% |
| Singapore | 5% |
| Slovakia | 8% |
| Slovenia | 0% |
| Somalia | 46% |
| South Africa | 16% |
| South Korea | 4% |
| South Sudan | 48% |
| Spain | 4% |
| Sri Lanka | 40% |
| Sudan | 48% |
| Suriname | 11% |
| Sweden | 3% |
| Switzerland | 3% |
| Syria | 52% |
| Tajikistan | 79% |
| Tanzania | 21% |
| Thailand | 22% |
| The Gambia | 65% |
| Timor-Leste | 0% |
| Togo | 4% |
| Trinidad and Tobago | 5% |
| Tunisia | 31% |
| Turkey | 25% |
| Turkmenistan | 62% |
| Turks and Caicos Islands | 0% |

| | |
|---|---|
| Uganda | 43% |
| Ukraine | 18% |
| United Arab Emirates | 8% |
| United Kingdom | 3% |
| Uruguay | 2% |
| Uzbekistan | 51% |
| Vanuatu | 100% |
| Venezuela | 27% |
| Vietnam | 24% |
| Yemen | 80% |
| Zambia | 27% |
| Zimbabwe | 14% |

**\*"No nationality" refusals includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.**

**The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate.**

**Only nationalities that have data available during the indicated fiscal year are listed.**

**F1 Adjusted Refusal Rates by Nationality: FY 2019**

| Nationality | Adjusted Refusal Rate |
|---|---|
| Afghanistan | 76% |
| Albania | 32% |
| Algeria | 72% |
| Andorra | 0% |
| Angola | 31% |
| Anguilla | 0% |
| Antigua and Barbuda | 9% |
| Argentina | 4% |
| Armenia | 52% |
| Australia | 2% |
| Austria | 2% |
| Azerbaijan | 30% |
| Bahamas, The | 8% |
| Bahrain | 14% |
| Bangladesh | 38% |
| Barbados | 1% |
| Belarus | 12% |
| Belgium | 4% |
| Belize | 16% |
| Benin | 78% |
| Bermuda | 0% |
| Bhutan | 45% |
| Bolivia | 14% |
| Bosnia-Herzegovina | 12% |
| Botswana | 25% |
| Brazil | 20% |
| British Virgin Islands | 8% |
| Brunei | 0% |
| Bulgaria | 5% |
| Burkina Faso | 59% |
| Burma | 13% |
| Burundi | 59% |
| Cabo Verde | 24% |
| Cambodia | 32% |
| Cameroon | 84% |
| Canada | 8% |
| Cayman Islands | 9% |
| Central African Republic | 88% |
| Chad | 89% |
| Chile | 2% |
| China - mainland | 11% |
| China - Taiwan | 2% |
| Colombia | 25% |

| | |
|---|---|
| Comoros | 80% |
| Congo, Democratic Republic of the | 70% |
| Congo, Republic of the | 84% |
| Costa Rica | 6% |
| Cote d'Ivoire | 53% |
| Croatia | 5% |
| Cuba | 53% |
| Cyprus | 2% |
| Czech Republic | 8% |
| Denmark | 1% |
| Djibouti | 95% |
| Dominica | 10% |
| Dominican Republic | 42% |
| Ecuador | 21% |
| Egypt | 38% |
| El Salvador | 20% |
| Equatorial Guinea | 47% |
| Eritrea | 80% |
| Estonia | 3% |
| Eswatini | 4% |
| Ethiopia | 50% |
| Fiji | 46% |
| Finland | 0% |
| France | 6% |
| Gabon | 58% |
| Georgia | 34% |
| Germany | 1% |
| Ghana | 62% |
| Gibraltar | 0% |
| Greece | 8% |
| Grenada | 28% |
| Guatemala | 25% |
| Guinea | 93% |
| Guinea-Bissau | 74% |
| Guyana | 11% |
| Haiti | 63% |
| Honduras | 25% |
| Hong Kong S.A.R. | 7% |
| Hong Kong-BNO | 8% |
| Hungary | 2% |
| Iceland | 0% |
| India | 37% |
| Indonesia | 11% |
| Iran | 50% |
| Iraq | 66% |
| Ireland | 12% |
| Israel | 9% |

| Italy | 6% |
|---|---|
| Jamaica | 32% |
| Japan | 2% |
| Jordan | 70% |
| Kazakhstan | 52% |
| Kenya | 51% |
| Kiribati | 0% |
| Kosovo | 22% |
| Kuwait | 6% |
| Kyrgyzstan | 47% |
| Laos | 53% |
| Latvia | 11% |
| Lebanon | 17% |
| Lesotho | 7% |
| Liberia | 78% |
| Libya | 67% |
| Liechtenstein | 0% |
| Lithuania | 7% |
| Luxembourg | 0% |
| Macau S.A.R. | 6% |
| Madagascar | 17% |
| Malawi | 60% |
| Malaysia | 2% |
| Maldives | 30% |
| Mali | 80% |
| Malta | 0% |
| Mauritania | 87% |
| Mauritius | 4% |
| Mexico | 7% |
| Moldova | 28% |
| Monaco | 0% |
| Mongolia | 60% |
| Montenegro | 7% |
| Morocco | 52% |
| Mozambique | 6% |
| Namibia | 7% |
| Nepal | 77% |
| Netherlands | 3% |
| New Zealand | 1% |
| Nicaragua | 23% |
| Niger | 52% |
| Nigeria | 77% |
| No Nationality* | 33% |
| North Macedonia | 20% |
| Norway | 2% |
| Oman | 5% |
| Pakistan | 57% |

| | |
|---|---|
| Palestinian Authority Travel Document | 61% |
| Panama | 7% |
| Papua New Guinea | 8% |
| Paraguay | 9% |
| Peru | 21% |
| Philippines | 40% |
| Poland | 9% |
| Portugal | 5% |
| Qatar | 13% |
| Romania | 6% |
| Russia | 15% |
| Rwanda | 48% |
| Saint Kitts and Nevis | 24% |
| Saint Lucia | 7% |
| Saint Vincent and the Grenadines | 2% |
| Samoa | 14% |
| San Marino | 0% |
| Saudi Arabia | 13% |
| Senegal | 64% |
| Serbia | 13% |
| Seychelles | 0% |
| Sierra Leone | 65% |
| Singapore | 2% |
| Slovakia | 3% |
| Slovenia | 1% |
| Solomon Islands | 0% |
| Somalia | 66% |
| South Africa | 15% |
| South Korea | 4% |
| South Sudan | 46% |
| Spain | 5% |
| Sri Lanka | 55% |
| Sudan | 48% |
| Suriname | 0% |
| Sweden | 2% |
| Switzerland | 1% |
| Syria | 70% |
| Tajikistan | 61% |
| Tanzania | 42% |
| Thailand | 43% |
| The Gambia | 81% |
| Timor-Leste | 0% |
| Togo | 73% |
| Tonga | 32% |
| Trinidad and Tobago | 5% |
| Tunisia | 31% |
| Turkey | 42% |

| Turkmenistan | 70% |
|---|---|
| Turks and Caicos Islands | 29% |
| Uganda | 54% |
| Ukraine | 39% |
| United Arab Emirates | 6% |
| United Kingdom | 4% |
| Uruguay | 2% |
| Uzbekistan | 73% |
| Vanuatu | 0% |
| Venezuela | 39% |
| Vietnam | 36% |
| Yemen | 69% |
| Zambia | 28% |
| Zimbabwe | 25% |

*"No nationality" refusals includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.

The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate.

Only nationalities that have data available during the indicated fiscal year are listed.

**F1 Adjusted Refusal Rates by Nationality: FY 2020**

| Nationality | Adjusted Refusal Rate |
|---|---|
| Afghanistan | 81% |
| Albania | 48% |
| Algeria | 76% |
| Andorra | 14% |
| Angola | 41% |
| Anguilla | 0% |
| Antigua and Barbuda | 10% |
| Argentina | 2% |
| Armenia | 58% |
| Australia | 5% |
| Austria | 4% |
| Azerbaijan | 38% |
| Bahamas, The | 12% |
| Bahrain | 17% |
| Bangladesh | 41% |
| Barbados | 5% |
| Belarus | 22% |
| Belgium | 4% |
| Belize | 10% |
| Benin | 58% |
| Bermuda | 0% |
| Bhutan | 60% |
| Bolivia | 10% |
| Bosnia-Herzegovina | 6% |
| Botswana | 19% |
| Brazil | 30% |
| British Virgin Islands | 13% |
| Brunei | 14% |
| Bulgaria | 9% |
| Burkina Faso | 75% |
| Burma | 22% |
| Burundi | 82% |
| Cabo Verde | 35% |
| Cambodia | 36% |
| Cameroon | 83% |
| Canada | 6% |
| Cayman Islands | 5% |
| Central African Republic | 93% |
| Chad | 94% |
| Chile | 9% |
| China - mainland | 20% |
| China - Taiwan | 7% |
| Colombia | 29% |

| | |
|---|---|
| Comoros | 100% |
| Congo, Democratic Republic of the | 74% |
| Congo, Republic of the | 77% |
| Costa Rica | 13% |
| Cote d'Ivoire | 48% |
| Croatia | 3% |
| Cuba | 70% |
| Cyprus | 2% |
| Czech Republic | 9% |
| Denmark | 2% |
| Djibouti | 100% |
| Dominica | 17% |
| Dominican Republic | 42% |
| Ecuador | 28% |
| Egypt | 52% |
| El Salvador | 26% |
| Equatorial Guinea | 47% |
| Eritrea | 84% |
| Estonia | 3% |
| Eswatini | 4% |
| Ethiopia | 51% |
| Fiji | 38% |
| Finland | 1% |
| France | 12% |
| Gabon | 66% |
| Georgia | 32% |
| Germany | 2% |
| Ghana | 75% |
| Greece | 7% |
| Grenada | 13% |
| Guatemala | 28% |
| Guinea | 88% |
| Guinea-Bissau | 67% |
| Guyana | 5% |
| Haiti | 60% |
| Honduras | 19% |
| Hong Kong S.A.R. | 9% |
| Hong Kong-BNO | 22% |
| Hungary | 8% |
| Iceland | 0% |
| India | 44% |
| Indonesia | 15% |
| Iran | 62% |
| Iraq | 58% |
| Ireland | 12% |
| Israel | 13% |
| Italy | 10% |

| | |
|---|---|
| Jamaica | 30% |
| Japan | 2% |
| Jordan | 65% |
| Kazakhstan | 68% |
| Kenya | 54% |
| Kiribati | 0% |
| Kosovo | 13% |
| Kuwait | 14% |
| Kyrgyzstan | 71% |
| Laos | 67% |
| Latvia | 11% |
| Lebanon | 26% |
| Lesotho | 33% |
| Liberia | 80% |
| Libya | 68% |
| Liechtenstein | 0% |
| Lithuania | 6% |
| Luxembourg | 4% |
| Macau S.A.R. | 5% |
| Madagascar | 28% |
| Malawi | 78% |
| Malaysia | 9% |
| Maldives | 0% |
| Mali | 84% |
| Malta | 25% |
| Mauritania | 79% |
| Mauritius | 0% |
| Mexico | 6% |
| Moldova | 39% |
| Monaco | 0% |
| Mongolia | 60% |
| Montenegro | 21% |
| Morocco | 53% |
| Mozambique | 20% |
| Namibia | 7% |
| Nepal | 78% |
| Netherlands | 2% |
| New Zealand | 3% |
| Nicaragua | 15% |
| Niger | 65% |
| Nigeria | 77% |
| No Nationality* | 53% |
| North Korea | 100% |
| North Macedonia | 18% |
| Norway | 3% |
| Oman | 6% |
| Pakistan | 54% |

| | |
|---|---|
| Palestinian Authority Travel Document | 69% |
| Panama | 7% |
| Papua New Guinea | 10% |
| Paraguay | 3% |
| Peru | 22% |
| Philippines | 49% |
| Poland | 7% |
| Portugal | 4% |
| Qatar | 16% |
| Romania | 7% |
| Russia | 26% |
| Rwanda | 64% |
| Saint Kitts and Nevis | 36% |
| Saint Lucia | 13% |
| Saint Vincent and the Grenadines | 57% |
| Samoa | 0% |
| San Marino | 0% |
| Saudi Arabia | 31% |
| Senegal | 74% |
| Serbia | 6% |
| Sierra Leone | 67% |
| Singapore | 10% |
| Slovakia | 3% |
| Slovenia | 2% |
| Somalia | 91% |
| South Africa | 13% |
| South Korea | 4% |
| South Sudan | 63% |
| Spain | 5% |
| Sri Lanka | 57% |
| Sudan | 50% |
| Suriname | 8% |
| Sweden | 3% |
| Switzerland | 3% |
| Syria | 63% |
| Tajikistan | 69% |
| Tanzania | 54% |
| Thailand | 47% |
| The Gambia | 79% |
| Timor-Leste | 0% |
| Togo | 80% |
| Tonga | 67% |
| Trinidad and Tobago | 5% |
| Tunisia | 29% |
| Turkey | 44% |
| Turkmenistan | 67% |
| Turks and Caicos Islands | 0% |

| | |
|---|---|
| Uganda | 62% |
| Ukraine | 25% |
| United Arab Emirates | 11% |
| United Kingdom | 5% |
| Uruguay | 6% |
| Uzbekistan | 79% |
| Vanuatu | 0% |
| Venezuela | 38% |
| Vietnam | 32% |
| Yemen | 84% |
| Zambia | 38% |
| Zimbabwe | 21% |

**\*"No nationality" refusals includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.**

**The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate.**

**Only nationalities that have data available during the indicated fiscal year are listed.**