# EXHIBIT F

| From: | send@mail.efax.com |
|---|---|
| To: | Fresco, Leon (WAS - X75129) |
| Subject: | Successful transmission to 12024851669. Re: Freedom of Information Act |
| Date: | Wednesday, August 17, 2022 2:48:24 PM |

*[External email]*



Login

## Service Notification

### Customer Service

Need help with your account?

**Online Help:**

https://enterprise.efax.com/contact-us

**Email:**
corporatesupport@mail.efax.com

**Phone:**
1(323) 817-3202
1(800) 810-2641 (toll-free)

**Reference ID:**

Dear Fresco, Leon (WAS - X75129),
Re: Freedom of Information Act

The 20 page fax you sent through eFax Solutions to 12024851669 was successfully transmitted at 2022-08-17 18:48:20 (GMT).

The length of transmission was 1228 seconds.

The receiving machine's fax ID: .

If you need additional assistance, please visit our online help center at https://enterprise.efax.com/contact-us. Thank you for using the eFax Solutions service.

Best Regards,
eFax Solutions

© 2022 Consensus Cloud Solutions, Inc. or its subsidiaries (collectively, "Consensus"). All rights reserved. eFax® and eFax Corporate® are registered trademarks of Consensus.