## THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHORELIGHT, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-CV-02878 |
| | ) |
| | ) |
| UNITED STATES DEPARTMENT OF STATE | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by undersigned counsel, hereby stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES, D.C. BAR #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/_____<br>JEREMY S. SIMON, D.C. BAR #447956<br>Assistant United States Attorney<br>United States Attorney's Office<br>601 D. Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2528<br>Jeremy.simon@usdoj.gov<br><br>*Counsel for Defendant* | /s/ Leon Fresco<br>Leon Fresco<br>Leon.Fresco@hklaw.com<br>HOLLAND & KNIGHT LLP<br>800 17th Street N.W. Suite 1100<br>Washington, DC 20006<br>Tel: (202) 469-5129<br><br>*Counsel for Plaintiff* |